**Fill in this information to identify the case:**

Debtor name: **RMR Operating, LLC**

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF TEXAS**

Case number (if known): **16-30988-11**

☐ Check if this is an amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    12/15

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

**1. Gross revenue from business**

☐ None

**Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year**

**Sources of revenue** — Check all that apply.

**Gross revenue** (before deductions and exclusions)

| | | Sources of revenue | Gross revenue |
|---|---|---|---|
| From the beginning of the fiscal year to filing date: | From **07/01/2015** to Filing date | ☑ Operating a business<br>☐ Other _____ | **$88,142.00** |
| For prior year: | From **07/01/2014** to **06/30/2015** | ☑ Operating a business<br>☐ Other _____ | **$100,096.00** |
| For the year before that: | From **07/01/2013** to **06/30/2014** | ☑ Operating a business<br>☐ Other _____ | **$183,008.00** |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3. Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **see attached**<br>Creditor's name<br>_____<br>Number    Street<br>_____<br>_____<br>City    State    ZIP Code | _____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**SOFA #3**

**RMR Operating, LLC**
**Creditor Payments**
**November 29, 2015 through March 8, 2016**

| Post Date | Check | Payee | Description | AMOUNT ($) Debit |
|---|---|---|---|---|
| **Independent Bank:** | | | | |
| 11/30/2015 | | Independent Bank | Account Analysis Charge | 10.95 |
| 11/30/2015 | 12398 | MICHELLE R SANDOVAL | DDA INCLEARING CHECK | 31.29 |
| 11/30/2015 | 12422 | STEPHEN GRANT OWEN | DDA INCLEARING CHECK | 26.08 |
| 11/30/2015 | 12423 | SUSAN ROSS SWAIM | DDA INCLEARING CHECK | 47.10 |
| 12/01/2015 | | Paychex | ACH Debit PAYROLL    PAYCHEX-RCX 1161124166  15/12/01 ID | 72,610.57 |
| 12/01/2015 | | Paychex | ACH Debit TAXES      PAYCHEX TPS 1161124166  15/12/01 ID | 25,327.49 |
| 12/01/2015 | | Paychex | ACH Debit 401(K)     PAYCHEX-HRS 9540920001  15/12/01 ID | 7,704.01 |
| 12/01/2015 | 12375 | DANIELLE HANNIFIN LAMBERTZ | DDA INCLEARING CHECK | 219.07 |
| 12/01/2015 | 12427 | US TREASURY ATTN G SCHARNHO | DDA INCLEARING CHECK | 729.53 |
| 12/01/2015 | 12429 | WAYNE NEWKUMET | DDA INCLEARING CHECK | 153.53 |
| 12/01/2015 | 12430 | WILMAT PETROLEUM CORPORATIO | DDA INCLEARING CHECK | 1,292.35 |
| 12/01/2015 | 12438 | CONDOR PETROLEUM INC | DDA INCLEARING CHECK | 825.47 |
| 12/01/2015 | 12452 | OVERLAND RESOURCES LLC | DDA INCLEARING CHECK | 219.82 |
| 12/01/2015 | 12453 | G IRENE CASAGRANDA | DDA INCLEARING CHECK | 532.58 |
| 12/02/2015 | | Office of Natural Resources and Revenue | ACH Debit PAYMENT   PAY.GOV:  ONRR R 1417000103  15/12 | 48,058.80 |
| 12/02/2015 | | Paychex | ACH Debit INVOICE    PAYCHEX EIB 9000000901  15/12/02 ID | 119.02 |
| 12/02/2015 | 12367 | BENNETT THURMOND EASTERLING | DDA INCLEARING CHECK | 282.63 |
| 12/02/2015 | 12373 | CLEO AMERICAN RESOURCES INC | DDA INCLEARING CHECK | 491.60 |
| 12/02/2015 | 12374 | CLIFTON WILDERSPIN | DDA INCLEARING CHECK | 26.91 |
| 12/02/2015 | 12384 | JAMES BAKER OIL & GAS | DDA INCLEARING CHECK | 61.22 |
| 12/02/2015 | 12385 | JAMES C & GINA BAKER | DDA INCLEARING CHECK | 219.82 |
| 12/02/2015 | 12386 | JENNIFER O MURPHY | DDA INCLEARING CHECK | 26.08 |
| 12/02/2015 | 12399 | MITCHELL EXPLORATION INC | DDA INCLEARING CHECK | 944.51 |
| 12/02/2015 | 12408 | R R HINKLE COMPANY INC | DDA INCLEARING CHECK | 1,032.69 |
| 12/02/2015 | 12457 | MONELLE NEWTON-BROUGH | DDA INCLEARING CHECK | 251.23 |
| 12/03/2015 | 12356 | Parker Tool Inc. | DDA INCLEARING CHECK | 4,019.55 |
| 12/03/2015 | 12360 | Chevron USA | DDA INCLEARING CHECK | 167.17 |
| 12/03/2015 | 12379 | ELIZABETH TAYLOR | DDA INCLEARING CHECK | 25.23 |
| 12/03/2015 | 12382 | F ANDREW GROOMS | DDA INCLEARING CHECK | 228.37 |
| 12/03/2015 | 12404 | OSCURA RESOURCES INC | DDA INCLEARING CHECK | 33.02 |
| 12/03/2015 | 12428 | VILLA DOLORES MARTINEZ MINERA | DDA INCLEARING CHECK | 3,711.32 |
| 12/03/2015 | 480816 | NEW MEXICO TAXATION & REV DEP | DDA INCLEARING CHECK | 6,641.17 |
| 12/03/2015 | 480817 | NEW MEXICO TAXATION & REV DEP | DDA INCLEARING CHECK | 28,150.67 |
| 12/04/2015 | 12291 | Ross Eugene Easterling Jr | DDA INCLEARING CHECK | 127.00 |

SOFA #3

| Date | Check# | Payee | Description | Amount |
|---|---|---|---|---|
| 12/04/2015 | 12366 | BECKHAM RANCH INC | DDA INCLEARING CHECK | 353.28 |
| 12/04/2015 | 12380 | EMG REV TRUST | DDA INCLEARING CHECK | 228.37 |
| 12/04/2015 | 12407 | R F FORT | DDA INCLEARING CHECK | 31.40 |
| 12/04/2015 | 12441 | CURTIS LORAN MITCHELL | DDA INCLEARING CHECK | 77.31 |
| 12/07/2015 | 12406 | R C & JEAN M BANKS | DDA INCLEARING CHECK | 35.89 |
| 12/08/2015 | 12363 | ALAN R HANNIFIN | DDA INCLEARING CHECK | 31.29 |
| 12/08/2015 | 12383 | FFF INC | DDA INCLEARING CHECK | 31.29 |
| 12/08/2015 | 480818 | GW HOLDINGS INC | DDA INCLEARING CHECK | 31,705.92 |
| 12/09/2015 | | Paychex | ACH Debit CCOLL-SDD  PAYX-SDD 4161124166  15/12/09 ID # | 374.03 |
| 12/09/2015 | | Paychex | ACH Debit CCOLL-SDD  PAYX-SDD 4161124166  15/12/09 ID # | 11.28 |
| 12/09/2015 | 12177 | James Leonard Corley Mitchell | DDA INCLEARING CHECK | 145.78 |
| 12/09/2015 | 12440 | JAMES LEONARD CORLEY MITCHEL | DDA INCLEARING CHECK | 77.31 |
| 12/09/2015 | 12442 | SABRINA MITCHELL ZUNKER | DDA INCLEARING CHECK | 77.31 |
| 12/09/2015 | 12451 | STANDARD ENERGY | DDA INCLEARING CHECK | 8,492.57 |
| 12/10/2015 | | Everything Energy | ACH Debit 0400D     Everything Energy 8263576595  15/12/1 | 3,809.94 |
| 12/10/2015 | | Paychex | ACH Debit CCOLL-SDD  PAYX-SDD 4161124166  15/12/10 ID # | 6.40 |
| 12/10/2015 | 12233 | Chevron USA | DDA INCLEARING CHECK | 338.02 |
| 12/10/2015 | 12364 | ALMA L TISHER & KELLY B TISHER | DDA INCLEARING CHECK | 26.84 |
| 12/10/2015 | 12388 | JONATHAN S RODERICK TRUST | DDA INCLEARING CHECK | 28.87 |
| 12/10/2015 | 12420 | SHOGOIL & GAS CO LLC A NM | DDA INCLEARING CHECK | 716.93 |
| 12/11/2015 | | Paychex | ACH Debit HRS PMT   PAYCHEX-HRS 2555124166  15/12/11 I | 425.25 |
| 12/11/2015 | 12394 | LYNDEN RUESTER SIMPLE TRUST | DDA INCLEARING CHECK | 434.36 |
| 12/11/2015 | 480821 | Oscar Carrasco | DDA INCLEARING CHECK | 193.94 |
| 12/14/2015 | | Paychex | ACH Debit PAYROLL   PAYCHEX-RCX 1161124166  15/12/14 ID | 57,479.16 |
| 12/14/2015 | 12381 | ENERSTAR RESOURCES OIL & GAS | DDA INCLEARING CHECK | 510.15 |
| 12/14/2015 | 12437 | HAMBLIN LIVING TRUST | DDA INCLEARING CHECK | 65.07 |
| 12/15/2015 | | Paychex | ACH Debit TAXES     PAYCHEX TPS 1161124166  15/12/15 ID # | 21,258.78 |
| 12/15/2015 | | Paychex | ACH Debit 401(K)    PAYCHEX-HRS 9540920001  15/12/15 ID | 6,810.61 |
| 12/15/2015 | | Paychex | ACH Debit INVOICE   PAYCHEX EIB 9000000901  15/12/15 ID | 104.47 |
| 12/15/2015 | | Paychex | ACH Debit CCOLL-SDD  PAYX-SDD 4161124166  15/12/15 ID # | 90.00 |
| 12/15/2015 | 12333 | Lea County Clerk | DDA INCLEARING CHECK | 100.00 |
| 12/15/2015 | 12369 | BRYAN POLLARD | DDA INCLEARING CHECK | 983.22 |
| 12/15/2015 | 12395 | M W OIL INVESTMENT COMPANY IN | DDA INCLEARING CHECK | 31.29 |
| 12/16/2015 | | Paychex | ACH Debit CCOLL-SDD  PAYX-SDD 4161124166  15/12/16 ID # | 33.96 |
| 12/16/2015 | 12415 | ROSS EUGENE EASTERLING JR | DDA INCLEARING CHECK | 62.80 |
| 12/16/2015 | 12418 | SHAWN P HANNIFIN | DDA INCLEARING CHECK | 62.56 |
| 12/17/2015 | 12391 | LANCE SEARS EASTERLING | DDA INCLEARING CHECK | 47.10 |
| 12/18/2015 | | Texas Comptroller | ACH Debit TEXNET    STATE COMPTRLR 1846000199  15/12/1 | 1,532.43 |
| 12/18/2015 | | Paychex | ACH Debit CCOLL-SDD  PAYX-SDD 4161124166  15/12/18 ID # | 30.00 |
| 12/18/2015 | 12403 | ORLA PETCO INC | DDA INCLEARING CHECK | 35.89 |
| 12/18/2015 | 480935 | IHS GLOBAL INC | DDA INCLEARING CHECK | 2,654.25 |
| 12/18/2015 | 480938 | Timothy Spack | DDA INCLEARING CHECK | 37.25 |

2

SOFA #3

| Date | Check # | Payee | Description | Amount |
|---|---|---|---|---:|
| 12/21/2015 | | Paychex | ACH Debit CCOLL-SDD PAYX-SDD 4161124166 15/12/21 ID # | 871.41 |
| 12/21/2015 | 480820 | HEALTH CARE SERVICES CORP | DDA INCLEARING CHECK | 19,414.13 |
| 12/21/2015 | 480822 | ASSOCIATION SERVICES INC | DDA INCLEARING CHECK | 3,750.26 |
| 12/21/2015 | 480825 | CHEVRON MIDCONTINENT LP | DDA INCLEARING CHECK | 42,341.78 |
| 12/21/2015 | 480828 | DEVON ENERGY PRODUCTION CO L | DDA INCLEARING CHECK | 241.88 |
| 12/21/2015 | 480830 | ANGELO HOLDINGS LLC | DDA INCLEARING CHECK | 424.39 |
| 12/21/2015 | 480834 | BRYAN POLLARD | DDA INCLEARING CHECK | 4,357.63 |
| 12/21/2015 | 480837 | CASA GRANDE ROYALTY CO INC | DDA INCLEARING CHECK | 26.45 |
| 12/21/2015 | 480841 | CLIFTON WILDERSPIN | DDA INCLEARING CHECK | 25.99 |
| 12/21/2015 | 480887 | SAMMY L MORRISON | DDA INCLEARING CHECK | 753.89 |
| 12/21/2015 | 480888 | SANDRA Y RUBIO | DDA INCLEARING CHECK | 720.19 |
| 12/21/2015 | 480892 | SOUTHWEST ROYALTIES INC | DDA INCLEARING CHECK | 365.95 |
| 12/21/2015 | 480895 | THE FROST NAT'L BANK TTE ACCT | DDA INCLEARING CHECK | 156.53 |
| 12/21/2015 | 480896 | THE FROST NAT'L BANK TTE ACCT | DDA INCLEARING CHECK | 391.32 |
| 12/21/2015 | 480897 | THOMAS K & GRACE G MCGINLEY | DDA INCLEARING CHECK | 103.93 |
| 12/21/2015 | 480903 | ZENITH ENERGY LLC | DDA INCLEARING CHECK | 4,579.88 |
| 12/21/2015 | 480907 | H E DAVIS FAMILY PARTNERSHIP LT | DDA INCLEARING CHECK | 1,016.95 |
| 12/21/2015 | 480921 | LEGACY INCOME FUND 1 LTD | DDA INCLEARING CHECK | 71.00 |
| 12/21/2015 | 480930 | KATHERINE ROGERS ALLEN | DDA INCLEARING CHECK | 99.44 |
| 12/21/2015 | 480931 | BIG MIKE ROUSTABOUT & CONSTR | DDA INCLEARING CHECK | 348.15 |
| 12/21/2015 | 480937 | THE SUBSURFACE LIBRARY | DDA INCLEARING CHECK | 405.08 |
| 12/21/2015 | 480940 | CONOCOPHILLIPS COMPANY | DDA INCLEARING CHECK | 5,025.69 |
| 12/22/2015 | 480833 | BERNARD LEE HOUSE JR | DDA INCLEARING CHECK | 26.45 |
| 12/22/2015 | 480845 | DONALD COWDEN OLIVER TST | DDA INCLEARING CHECK | 1,141.76 |
| 12/22/2015 | 480846 | DORCHESTER MINERALS LP | DDA INCLEARING CHECK | 107.58 |
| 12/22/2015 | 480853 | JAMES BAKER OIL & GAS | DDA INCLEARING CHECK | 60.47 |
| 12/22/2015 | 480854 | JAMES C & GINA BAKER | DDA INCLEARING CHECK | 212.19 |
| 12/22/2015 | 480856 | JESSIE FAYE CASTLEMAN TST | DDA INCLEARING CHECK | 1,141.76 |
| 12/22/2015 | 480869 | MORRIS E SCHERTZ | DDA INCLEARING CHECK | 555.36 |
| 12/22/2015 | 480872 | NUEVO SEIS LIMITED PARTNERSHI | DDA INCLEARING CHECK | 571.57 |
| 12/22/2015 | 480881 | RANDEL K HICKLIN | DDA INCLEARING CHECK | 601.62 |
| 12/22/2015 | 480885 | ROSA I SANTOS | DDA INCLEARING CHECK | 720.19 |
| 12/22/2015 | 480905 | MAGNUM HUNTER PRODUCTION IN | DDA INCLEARING CHECK | 4,323.47 |
| 12/22/2015 | 480906 | GW HOLDINGS INC | DDA INCLEARING CHECK | 32,991.99 |
| 12/22/2015 | 480908 | H&L RESOURCES LLC | DDA INCLEARING CHECK | 78.88 |
| 12/22/2015 | 480916 | DAVID LORAN MITCHELL | DDA INCLEARING CHECK | 298.30 |
| 12/22/2015 | 480918 | CJ / STRIKER PETROLEUM LLC | DDA INCLEARING CHECK | 803.81 |
| 12/22/2015 | 480922 | PEVEHOUSE INC | DDA INCLEARING CHECK | 1,375.51 |
| 12/22/2015 | 480926 | MARGARET J. MITCHELL | DDA INCLEARING CHECK | 5,984.65 |
| 12/22/2015 | 480927 | MARIANNA H STRONGHEART | DDA INCLEARING CHECK | 121.25 |
| 12/22/2015 | 480939 | WELLKEEPER INC | DDA INCLEARING CHECK | 474.77 |
| 12/23/2015 | 12439 | LEONARD CURTIS MITCHELL | DDA INCLEARING CHECK | 77.31 |

SOFA #3

| Date | Check# | Payee | Description | Amount |
|---|---|---|---|---|
| 12/23/2015 | 480836 | CAROLYN G COWDEN | DDA INCLEARING CHECK | 1,141.76 |
| 12/23/2015 | 480848 | EMG REV TRUST | DDA INCLEARING CHECK | 229.10 |
| 12/23/2015 | 480850 | F ANDREW GROOMS | DDA INCLEARING CHECK | 229.10 |
| 12/23/2015 | 480852 | HARRY A MILLER JR ESTATE | DDA INCLEARING CHECK | 35.26 |
| 12/23/2015 | 480884 | ROLLA R HINKLE II | DDA INCLEARING CHECK | 458.22 |
| 12/23/2015 | 480898 | US TREASURY ATTN G SCHARNHO | DDA INCLEARING CHECK | 720.19 |
| 12/23/2015 | 480902 | WRIGHT E COWDEN JR | DDA INCLEARING CHECK | 1,141.76 |
| 12/23/2015 | 480911 | LEONARD CURTIS MITCHELL | DDA INCLEARING CHECK | 74.58 |
| 12/23/2015 | 480917 | BEVERLY ANN MITCHELL | DDA INCLEARING CHECK | 298.30 |
| 12/23/2015 | 480924 | OVERLAND RESOURCES LLC | DDA INCLEARING CHECK | 212.19 |
| 12/23/2015 | 480925 | G IRENE CASAGRANDA | DDA INCLEARING CHECK | 521.40 |
| 12/23/2015 | 480928 | BLACK SHALE MINERALS, LLC | DDA INCLEARING CHECK | 85,387.50 |
| 12/23/2015 | 480932 | DAMON K VANLEY | DDA INCLEARING CHECK | 6,193.39 |
| 12/23/2015 | 480936 | RG GAUGING & OPERATING | DDA INCLEARING CHECK | 1,540.00 |
| 12/23/2015 | 480942 | NEW MEXICO TAXATION & REV DEP | DDA INCLEARING CHECK | 6,631.98 |
| 12/23/2015 | 480943 | NEW MEXICO STATE LAND OFFICE | DDA INCLEARING CHECK | 1,571.00 |
| 12/24/2015 | 10869 | Triple H Engine Service Inc. | DDA INCLEARING CHECK | 4,696.38 |
| 12/24/2015 | 480859 | KERR MCGEE OIL & GAS ONSHORE | DDA INCLEARING CHECK | 228.72 |
| 12/24/2015 | 480882 | RICHARDSON MINERAL & ROYALTY | DDA INCLEARING CHECK | 217.87 |
| 12/24/2015 | 480886 | ROSS EUGENE EASTERLING JR | DDA INCLEARING CHECK | 60.63 |
| 12/24/2015 | 480904 | SHACKELFORD OIL COMPANY | DDA INCLEARING CHECK | 503.89 |
| 12/24/2015 | 480910 | CONDOR PETROLEUM INC | DDA INCLEARING CHECK | 829.13 |
| 12/24/2015 | 480913 | CURTIS LORAN MITCHELL | DDA INCLEARING CHECK | 74.58 |
| 12/24/2015 | 480914 | SABRINA MITCHELL ZUNKER | DDA INCLEARING CHECK | 74.58 |
| 12/24/2015 | 480919 | F HOWARD WALSH JR AGENCY LTD | DDA INCLEARING CHECK | 5,088.01 |
| 12/24/2015 | 480929 | MONELLE NEWTON-BROUGH | DDA INCLEARING CHECK | 242.50 |
| 12/24/2015 | 480934 | H&L PUMPING SERVICE | DDA INCLEARING CHECK | 1,743.18 |
| 12/24/2015 | 480941 | NATURAL GAS SERVICE GROUP INC | DDA INCLEARING CHECK | 7,859.94 |
| 12/28/2015 | 480865 | MARIE BROWN | DDA INCLEARING CHECK | 962.60 |
| 12/28/2015 | 480874 | OSCURA RESOURCES INC | DDA INCLEARING CHECK | 31.88 |
| 12/28/2015 | 480880 | R R HINKLE COMPANY INC | DDA INCLEARING CHECK | 458.22 |
| 12/28/2015 | 480901 | WILMAT PETROLEUM CORPORATIO | DDA INCLEARING CHECK | 1,265.24 |
| 12/29/2015 | 12405 | OSWALD FAMILY TRUST | DDA INCLEARING CHECK | 25.03 |
| 12/29/2015 | 480827 | CHARLES R WIGGINS | DDA INCLEARING CHECK | 4,572.27 |
| 12/29/2015 | 480835 | CARL CHRISTENSEN | DDA INCLEARING CHECK | 962.60 |
| 12/29/2015 | 480855 | JENNIFER O MURPHY | DDA INCLEARING CHECK | 39.13 |
| 12/29/2015 | 480860 | LANCE SEARS EASTERLING | DDA INCLEARING CHECK | 45.47 |
| 12/29/2015 | 480870 | NAIL BAY ROYALTIES LLC | DDA REGULAR CHECK | 125.04 |
| 12/29/2015 | 480873 | ORLA PETCO INC | DDA INCLEARING CHECK | 34.64 |
| 12/29/2015 | 480875 | OSWALD FAMILY TRUST | DDA INCLEARING CHECK | 25.10 |
| 12/29/2015 | 480915 | MELISSA MITCHELL ROGERS | DDA INCLEARING CHECK | 198.86 |
| 12/30/2015 | | Paychex | ACH Debit PAYROLL  PAYCHEX-RCX 1161124166 15/12/30 I[ | 57,453.99 |

4

SOFA #3

| Date | Check # | Payee | Description | Amount |
|---|---|---|---|---|
| 12/30/2015 | | Paychex | ACH Debit CCOLL-SDD PAYX-SDD 4161124166 15/12/30 ID # | 2.79 |
| 12/30/2015 | 480832 | BENNETT THURMOND EASTERLING | DDA INCLEARING CHECK | 272.82 |
| 12/30/2015 | 480878 | R C & JEAN M BANKS | DDA INCLEARING CHECK | 34.64 |
| 12/30/2015 | 480879 | R F FORT | DDA INCLEARING CHECK | 30.32 |
| 12/30/2015 | 480883 | ROBERT H NORTHINGTON | DDA INCLEARING CHECK | 25.99 |
| 12/30/2015 | 480899 | VILLA DOLORES MARTINEZ MINERA | DDA INCLEARING CHECK | 1,548.18 |
| 12/30/2015 | 480920 | JOHN M MCCORMACK | DDA INCLEARING CHECK | 121.58 |
| 12/30/2015 | 480933 | GAERTNER LEASING INC | DDA INCLEARING CHECK | 6,030.94 |
| 12/31/2015 | | Office of Natural Resources and Revenue | ACH Debit PAYMENT PAY.GOV: ONRR R 1417000103 15/12 | 35,470.11 |
| 12/31/2015 | | Paychex | ACH Debit TAXES PAYCHEX TPS 1161124166 15/12/31 ID # | 21,285.86 |
| 12/31/2015 | | Paychex | ACH Debit 401(K) PAYCHEX-HRS 9540920001 15/12/31 ID | 6,810.61 |
| 12/31/2015 | | Paychex | ACH Debit INVOICE PAYCHEX EIB 9000000901 15/12/31 ID | 104.47 |
| 12/31/2015 | | Independent Bank | Account Analysis Charge | 26.96 |
| 12/31/2015 | 480843 | DARDEN PROPERTIES LTD | DDA INCLEARING CHECK | 96.19 |
| 01/04/2016 | 480842 | DANIELLE HANNIFIN LAMBERTZ | DDA INCLEARING CHECK | 219.79 |
| 01/04/2016 | 480893 | STEPHEN GRANT OWEN | DDA INCLEARING CHECK | 39.13 |
| 01/04/2016 | 480894 | SUSAN ROSS SWAIM | DDA INCLEARING CHECK | 45.47 |
| 01/05/2016 | | Paychex | ACH Debit CCOLL-SDD PAYX-SDD 4161124166 16/01/05 ID # | 50.55 |
| 01/05/2016 | 480824 | LIBERTY MAINTENANCE SERVICES I | DDA INCLEARING CHECK | 18,341.06 |
| 01/05/2016 | 480871 | NANCY WILCOX | DDA INCLEARING CHECK | 43.47 |
| 01/06/2016 | | Atmos Energy | ACH Debit UTIL PYMT ATMOS ENERGY SGL 9000000090 | 511.62 |
| 01/06/2016 | | Paychex | ACH Debit CCOLL-SDD PAYX-SDD 4161124166 16/01/06 ID # | 40.00 |
| 01/06/2016 | 480863 | LYNDEN RUESTER SIMPLE TRUST | DDA INCLEARING CHECK | 435.77 |
| 01/06/2016 | 480868 | MITCHELL EXPLORATION INC | DDA INCLEARING CHECK | 939.66 |
| 01/06/2016 | 480909 | HAMBLIN LIVING TRUST | DDA INCLEARING CHECK | 65.89 |
| 01/07/2016 | | Xcel Energy | ACH Debit XCELENERGY XCEL ENERGY-SPS 7750575400 16/0 | 783.04 |
| 01/07/2016 | 480950 | HEALTH CARE SERVICES CORP | DDA INCLEARING CHECK | 17,400.58 |
| 01/07/2016 | 480952 | WELLKEEPER INC | DDA INCLEARING CHECK | 474.77 |
| 01/08/2016 | | Paychex | ACH Debit 0400D Everything Energy 8263576595 16/01/0 | 4,106.54 |
| 01/08/2016 | | Paychex | ACH Debit CCOLL-SDD PAYX-SDD 4161124166 16/01/08 ID # | 124.00 |
| 01/08/2016 | 480864 | M W OIL INVESTMENT COMPANY IN | DDA INCLEARING CHECK | 31.37 |
| 01/08/2016 | 480946 | DAMON K VANLEY | DDA INCLEARING CHECK | 4,000.00 |
| 01/11/2016 | | Paychex | ACH Debit CCOLL-SDD PAYX-SDD 4161124166 16/01/11 ID # | 637.65 |
| 01/11/2016 | 12372 | CHRISTINE V MERCHENT | DDA INCLEARING CHECK | 137.54 |
| 01/11/2016 | 12390 | KELLIE M KROSS | DDA INCLEARING CHECK | 137.54 |
| 01/11/2016 | 12397 | MATTHEW M SORENSON | DDA INCLEARING CHECK | 137.54 |
| 01/11/2016 | 480839 | CHRISTINE V MERCHENT | DDA INCLEARING CHECK | 138.00 |
| 01/11/2016 | 480858 | KELLIE M KROSS | DDA INCLEARING CHECK | 138.00 |
| 01/11/2016 | 480861 | LELA ELLEN MADERA | DDA INCLEARING CHECK | 121.25 |
| 01/11/2016 | 480862 | LELA ELLEN MADERA LIFE ESTATE | DDA INCLEARING CHECK | 60.63 |
| 01/11/2016 | 480866 | MATTHEW M SORENSON | DDA INCLEARING CHECK | 138.00 |
| 01/11/2016 | 480912 | JAMES LEONARD CORLEY MITCHEL | DDA INCLEARING CHECK | 74.58 |

5

SOFA #3

| Date | Check # | Payee | Description | Amount |
|---|---|---|---|---|
| 01/11/2016 | 480948 | GAERTNER LEASING INC | DDA INCLEARING CHECK | 5,304.25 |
| 01/11/2016 | 480953 | MATTHEW BARKSDALE | DDA INCLEARING CHECK | 50.13 |
| 01/11/2016 | 480954 | NATURAL GAS SERVICE GROUP INC | DDA INCLEARING CHECK | 7,859.94 |
| 01/12/2016 | 480877 | PUMPKIN BUTTES LLC | DDA INCLEARING CHECK | 40.10 |
| 01/12/2016 | 480923 | STANDARD ENERGY | DDA INCLEARING CHECK | 7,632.22 |
| 01/12/2016 | 480944 | ASSOCIATION SERVICES INC | DDA INCLEARING CHECK | 3,750.26 |
| 01/12/2016 | 480947 | DUVAL COUNTY TAX OFFICE | DDA INCLEARING CHECK | 462.37 |
| 01/12/2016 | 480951 | RG GAUGING & OPERATING | DDA INCLEARING CHECK | 1,540.00 |
| 01/13/2016 | | Paychex | ACH Debit CCOLL-SDD  PAYX-SDD 4161124166  16/01/13 ID # | 20.00 |
| 01/13/2016 | 480838 | CDDR PROPERTIES LLC - PAYABLE | DDA INCLEARING CHECK | 94.35 |
| 01/13/2016 | 480945 | COMPRESSOR DESIGNS INC | DDA INCLEARING CHECK | 1,900.00 |
| 01/14/2016 | | Paychex | ACH Debit PAYROLL   PAYCHEX-RCX 1161124166  16/01/14 ID | 54,637.62 |
| 01/14/2016 | 480849 | ENERSTAR RESOURCES OIL & GAS | DDA INCLEARING CHECK | 503.89 |
| 01/15/2016 | | Paychex | ACH Debit TAXES      PAYCHEX TPS 1161124166  16/01/15 ID # | 28,030.33 |
| 01/15/2016 | | Paychex | ACH Debit 401(K)     PAYCHEX-HRS 9540920001  16/01/15 ID | 6,810.61 |
| 01/15/2016 | | Paychex | ACH Debit INVOICE    PAYCHEX EIB 9000000901  16/01/15 ID | 458.91 |
| 01/15/2016 | | Paychex | ACH Debit HRS PMT    PAYCHEX-HRS 2555124166  16/01/15 ID | 400.75 |
| 01/19/2016 | 12389 | KATHERINE ROSS MADERA SHARB | DDA INCLEARING CHECK | 125.61 |
| 01/19/2016 | 480889 | SHAWN P HANNIFIN | DDA INCLEARING CHECK | 62.74 |
| 01/19/2016 | 480900 | WAYNE NEWKUMET | DDA INCLEARING CHECK | 152.26 |
| 01/20/2016 | | Paychex | ACH Debit CCOLL-SDD  PAYX-SDD 4161124166  16/01/20 ID # | 158.00 |
| 01/20/2016 | | Paychex | ACH Debit TAXES      PAYCHEX TPS 1161124166  16/01/20 ID # | 8.60 |
| 01/20/2016 | 480876 | PORTIA SCHMIDT | DDA INCLEARING CHECK | 43.47 |
| 01/20/2016 | 480949 | H&L PUMPING SERVICE | DDA INCLEARING CHECK | 1,743.18 |
| 01/22/2016 | 480831 | BECKHAM RANCH INC | DDA INCLEARING CHECK | 341.02 |
| 01/25/2016 | | Xcel Energy | ACH Debit XCELENERGY XCEL ENERGY-SPS 7750575400  16/0 | 828.42 |
| 01/26/2016 | | Everything Energy | ACH Debit 0400D    Everything Energy 8263576595  16/01/2 | 3,871.54 |
| 01/26/2016 | 481061 | IHS GLOBAL INC | DDA INCLEARING CHECK | 1,272.97 |
| 01/26/2016 | 481063 | WELLKEEPER INC | DDA INCLEARING CHECK | 474.77 |
| 01/27/2016 | 481025 | THOMAS K & GRACE G MCGINLEY | DDA INCLEARING CHECK | 189.08 |
| 01/27/2016 | 481064 | STEARNS INC | DDA INCLEARING CHECK | 3,539.57 |
| 01/28/2016 | | Paychex | ACH Debit PAYROLL   PAYCHEX-RCX 1161124166  16/01/28 ID | 54,609.24 |
| 01/28/2016 | | Paychex | ACH Debit CCOLL-SDD  PAYX-SDD 4161124166  16/01/28 ID # | 27.55 |
| 01/28/2016 | 480984 | JAMES BAKER OIL & GAS | DDA INCLEARING CHECK | 78.73 |
| 01/28/2016 | 480985 | JAMES C & GINA BAKER | DDA INCLEARING CHECK | 386.02 |
| 01/28/2016 | 480996 | M W OIL INVESTMENT COMPANY IN | DDA INCLEARING CHECK | 33.38 |
| 01/28/2016 | 481023 | THE FROST NAT'L BANK TTE ACCT | DDA INCLEARING CHECK | 117.64 |
| 01/28/2016 | 481024 | THE FROST NAT'L BANK TTE ACCT | DDA INCLEARING CHECK | 294.13 |
| 01/29/2016 | | Paychex | ACH Debit TAXES      PAYCHEX TPS 1161124166  16/01/29 ID # | 27,652.56 |
| 01/29/2016 | | Paychex | ACH Debit 401(K)     PAYCHEX-HRS 9540920001  16/01/29 ID | 6,810.61 |
| 01/29/2016 | | Paychex | ACH Debit INVOICE    PAYCHEX EIB 9000000901  16/01/29 ID | 104.47 |
| 01/29/2016 | | Independent Bank | Account Analysis Charge | 4.29 |

6

**SOFA #3**

| Date | Check # | Payee | Description | Amount |
|---|---|---|---|---:|
| 01/29/2016 | 480844 | DEANE OIL & GAS LP | DDA INCLEARING CHECK | 99.27 |
| 01/29/2016 | 480973 | DEANE OIL & GAS LP | DDA INCLEARING CHECK | 58.82 |
| 01/29/2016 | 480975 | DORCHESTER MINERALS LP | DDA INCLEARING CHECK | 195.71 |
| 01/29/2016 | 480982 | HARRY A MILLER III | DDA INCLEARING CHECK | 33.38 |
| 01/29/2016 | 480983 | HARRY A MILLER JR ESTATE | DDA INCLEARING CHECK | 31.52 |
| 01/29/2016 | 481053 | STANDARD ENERGY | DDA INCLEARING CHECK | 386.02 |
| 01/29/2016 | 481066 | NEW MEXICO TAXATION & REV DEP | DDA INCLEARING CHECK | 5,689.38 |
| 01/29/2016 | 481067 | NEW MEXICO STATE LAND OFFICE | DDA INCLEARING CHECK | 1,305.00 |
| 02/01/2016 | | Office of Natural Resources and Revenue | ACH Debit PAYMENT   PAY.GOV:  ONRR R 1417000103  16/02 | 29,146.31 |
| 02/01/2016 | 480867 | MICHELLE R SANDOVAL | DDA INCLEARING CHECK | 31.37 |
| 02/01/2016 | 480965 | CAROLYN G COWDEN | DDA INCLEARING CHECK | 472.35 |
| 02/01/2016 | 480992 | LELA ELLEN MADERA | DDA INCLEARING CHECK | 220.57 |
| 02/01/2016 | 480993 | LELA ELLEN MADERA LIFE ESTATE | DDA INCLEARING CHECK | 110.29 |
| 02/01/2016 | 481014 | ROSA I SANTOS | DDA INCLEARING CHECK | 799.18 |
| 02/01/2016 | 481017 | SANDRA Y RUBIO | DDA INCLEARING CHECK | 799.18 |
| 02/01/2016 | 481026 | US TREASURY ATTN G SCHARNHO | DDA INCLEARING CHECK | 799.18 |
| 02/01/2016 | 481030 | WRIGHT E COWDEN JR | DDA INCLEARING CHECK | 472.35 |
| 02/01/2016 | 481056 | MARGARET J. MITCHELL | DDA INCLEARING CHECK | 220.57 |
| 02/01/2016 | 481060 | COMPRESSOR DESIGNS INC | DDA INCLEARING CHECK | 950.00 |
| 02/01/2016 | 481065 | SG EXPLORATION LLC | DDA INCLEARING CHECK | 1,100.00 |
| 02/01/2016 | 481070 | Red Mountain Resources, Inc. | DDA INCLEARING CHECK | 42,301.64 |
| 02/02/2016 | 480960 | ALAN R HANNIFIN | DDA INCLEARING CHECK | 774.43 |
| 02/02/2016 | 480962 | BECKHAM RANCH INC | DDA INCLEARING CHECK | 496.32 |
| 02/02/2016 | 481008 | R F FORT | DDA INCLEARING CHECK | 55.16 |
| 02/02/2016 | 481012 | ROBERT H NORTHINGTON | DDA INCLEARING CHECK | 47.26 |
| 02/02/2016 | 481021 | STEPHEN GRANT OWEN | DDA INCLEARING CHECK | 29.41 |
| 02/02/2016 | 481022 | SUSAN ROSS SWAIM | DDA INCLEARING CHECK | 82.72 |
| 02/02/2016 | 481027 | VILLA DOLORES MARTINEZ MINERA | DDA INCLEARING CHECK | 1,725.60 |
| 02/03/2016 | | Paychex | ACH Debit CCOLL-SDD  PAYX-SDD 4161124166  16/02/03 ID # | 610.00 |
| 02/03/2016 | 481004 | ORLA PETCO INC | DDA INCLEARING CHECK | 63.03 |
| 02/04/2016 | 12448 | JOHN M MCCORMACK | DDA INCLEARING CHECK | 130.29 |
| 02/04/2016 | 480958 | DEVON ENERGY PRODUCTION CO L | DDA INCLEARING CHECK | 616.40 |
| 02/04/2016 | 480963 | BENNETT THURMOND EASTERLING | DDA INCLEARING CHECK | 5,099.28 |
| 02/04/2016 | 480987 | JESSIE FAYE CASTLEMAN TST | DDA INCLEARING CHECK | 472.35 |
| 02/04/2016 | 481010 | RANDEL K HICKLIN | DDA INCLEARING CHECK | 828.58 |
| 02/04/2016 | 481016 | SAMMY L MORRISON | DDA INCLEARING CHECK | 1,003.61 |
| 02/04/2016 | 481031 | ZENITH ENERGY LLC | DDA INCLEARING CHECK | 5,417.84 |
| 02/04/2016 | 481045 | BEVERLY ANN MITCHELL | DDA INCLEARING CHECK | 275.26 |
| 02/05/2016 | 480957 | CHARLES R WIGGINS | DDA INCLEARING CHECK | 5,350.45 |
| 02/05/2016 | 480961 | ANGELO HOLDINGS LLC | DDA INCLEARING CHECK | 620.39 |
| 02/05/2016 | 480967 | CHEVRON N A E & P CO | DDA INCLEARING CHECK | 210.30 |
| 02/05/2016 | 480974 | DONALD COWDEN OLIVER TST | DDA INCLEARING CHECK | 472.35 |

SOFA #3

| Date | Check # | Payee | Description | Amount |
|---|---|---|---|---|
| 02/05/2016 | 481001 | MORRIS E SCHERTZ | DDA INCLEARING CHECK | 649.87 |
| 02/05/2016 | 481003 | NUEVO SEIS LIMITED PARTNERSHI | DDA INCLEARING CHECK | 668.84 |
| 02/05/2016 | 481019 | SHOGOIL & GAS CO II LLC A NM | DDA INCLEARING CHECK | 1,016.48 |
| 02/05/2016 | 481050 | LEGACY INCOME FUND 1 LTD | DDA INCLEARING CHECK | 93.38 |
| 02/05/2016 | 481051 | PEVEHOUSE INC | DDA INCLEARING CHECK | 1,690.87 |
| 02/05/2016 | 481059 | KATHERINE ROGERS ALLEN | DDA INCLEARING CHECK | 91.75 |
| 02/05/2016 | 481062 | Oscar Carrasco | DDA INCLEARING CHECK | 63.22 |
| 02/05/2016 | 481069 | HEALTH CARE SERVICES CORP | DDA INCLEARING CHECK | 17,400.56 |
| 02/08/2016 | 480971 | DANIELLE HANNIFIN LAMBERTZ | DDA INCLEARING CHECK | 257.22 |
| 02/08/2016 | 481046 | CJ / STRIKER PETROLEUM LLC | DDA INCLEARING CHECK | 808.91 |
| 02/08/2016 | 481055 | G IRENE CASAGRANDA | DDA INCLEARING CHECK | 7,970.49 |
| 02/08/2016 | 481058 | MONELLE NEWTON-BROUGH | DDA INCLEARING CHECK | 441.17 |
| 02/08/2016 | 481068 | ASSOCIATION SERVICES INC | DDA INCLEARING CHECK | 3,750.26 |
| 02/09/2016 | | Xcel Energy | ACH Debit XCELENERGY XCEL ENERGY-SPS 7750575400 16/0: | 314.62 |
| 02/09/2016 | | Atmos Energy | ACH Debit UTIL PYMT ATMOS ENERGY SGL 9000000090 | 158.80 |
| 02/09/2016 | 480829 | ALAN R HANNIFIN | DDA INCLEARING CHECK | 31.37 |
| 02/09/2016 | 480851 | FFF INC | DDA INCLEARING CHECK | 31.37 |
| 02/09/2016 | 480955 | CHEVRON MIDCONTINENT LP | DDA INCLEARING CHECK | 55,794.70 |
| 02/09/2016 | 480994 | LYNDEN RUESTER SIMPLE TRUST | DDA INCLEARING CHECK | 509.95 |
| 02/09/2016 | 481035 | H E DAVIS FAMILY PARTNERSHIP LT | DDA INCLEARING CHECK | 1,082.61 |
| 02/09/2016 | 481036 | H&L RESOURCES LLC | DDA INCLEARING CHECK | 46.80 |
| 02/09/2016 | 481043 | MELISSA MITCHELL ROGERS | DDA INCLEARING CHECK | 183.50 |
| 02/09/2016 | 481044 | DAVID LORAN MITCHELL | DDA INCLEARING CHECK | 275.26 |
| 02/10/2016 | 480970 | CLIFTON WILDERSPIN | DDA INCLEARING CHECK | 47.26 |
| 02/10/2016 | 480979 | F. ANDREW GROOMS, TRUSTEE. | DDA INCLEARING CHECK | 268.11 |
| 02/10/2016 | 481007 | R C & JEAN M BANKS | DDA INCLEARING CHECK | 63.03 |
| 02/10/2016 | 481039 | LEONARD CURTIS MITCHELL | DDA INCLEARING CHECK | 68.82 |
| 02/10/2016 | 481054 | OVERLAND RESOURCES LLC | DDA INCLEARING CHECK | 718.10 |
| 02/11/2016 | | Paychex | ACH Debit PAYROLL PAYCHEX-RCX 1161124166 16/02/11 II | 9,915.81 |
| 02/11/2016 | 481002 | NAIL BAY ROYALTIES LLC | DDA REGULAR CHECK | 227.47 |
| 02/11/2016 | 481011 | RICHARDSON MINERAL & ROYALTY | DDA INCLEARING CHECK | 254.97 |
| 02/11/2016 | 481013 | ROLLA R HINKLE II | DDA INCLEARING CHECK | 536.22 |
| 02/11/2016 | 481037 | HAMBLIN LIVING TRUST | DDA INCLEARING CHECK | 80.08 |
| 02/11/2016 | 481041 | CURTIS LORAN MITCHELL | DDA INCLEARING CHECK | 68.82 |
| 02/11/2016 | 481049 | JOHN R SNEDEGAR | DDA INCLEARING CHECK | 28.09 |
| 02/12/2016 | | Paychex | ACH Debit TAXES PAYCHEX TPS 1161124166 16/02/12 ID # | 4,019.00 |
| 02/12/2016 | | Paychex | ACH Debit 401(K) PAYCHEX-HRS 9540920001 16/02/12 ID : | 873.74 |
| 02/12/2016 | | Paychex | ACH Debit HRS PMT PAYCHEX-HRS 2555124166 16/02/12 II | 395.75 |
| 02/12/2016 | | Paychex | ACH Debit INVOICE PAYCHEX EIB 9000000901 16/02/12 ID | 67.28 |
| 02/12/2016 | 480977 | EMG REV TRUST | DDA INCLEARING CHECK | 268.11 |
| 02/12/2016 | 481034 | GW HOLDINGS INC | DDA INCLEARING CHECK | 43,466.69 |
| 02/12/2016 | 481038 | CONDOR PETROLEUM INC | DDA INCLEARING CHECK | 919.77 |

8

| Date | Check# | Payee | Description | Amount |
|---|---|---|---|---|
| 02/12/2016 | 481047 | F HOWARD WALSH JR AGENCY LTD | DDA INCLEARING CHECK | 6,424.70 |
| 02/12/2016 | 481083 | IHS GLOBAL INC | DDA INCLEARING CHECK | 1,272.97 |
| 02/12/2016 | 481095 | DXP ENTERPRISES INC | DDA INCLEARING CHECK | 490.85 |
| 02/16/2016 | 480826 | CHEVRON USA INC | DDA INCLEARING CHECK | 161.37 |
| 02/16/2016 | 480956 | CHEVRON USA INC | DDA INCLEARING CHECK | 293.57 |
| 02/16/2016 | 480976 | ELIZABETH LUCILLE RECTENWALD | DDA INCLEARING CHECK | 110.29 |
| 02/16/2016 | 480986 | JENNIFER O MURPHY | DDA INCLEARING CHECK | 29.41 |
| 02/16/2016 | 481033 | MAGNUM HUNTER PRODUCTION IN | DDA INCLEARING CHECK | 5,731.23 |
| 02/16/2016 | 481057 | MARIANNA H STRONGHEART | DDA INCLEARING CHECK | 101,175.25 |
| 02/16/2016 | 481057 | BLACK SHALE MINERALS, LLC | Paid Item Fee | 35.00 |
| 02/16/2016 | 481071 | AMERICAN SAFETY SERVICES , INC | DDA INCLEARING CHECK | 175.00 |
| 02/16/2016 | 481072 | BIG MIKE ROUSTABOUT & CONSTR | DDA INCLEARING CHECK | 1,624.70 |
| 02/16/2016 | 481074 | CATALYST OILFIELD SERVICES | DDA INCLEARING CHECK | 869.79 |
| 02/16/2016 | 481077 | DAMON K VANLEY | DDA INCLEARING CHECK | 4,122.56 |
| 02/16/2016 | 481078 | DON-NAN PUMP & SUPPLY CO INC | DDA INCLEARING CHECK | 165.44 |
| 02/16/2016 | 481082 | HAARMEYER ELECTRIC INC | DDA INCLEARING CHECK | 480.64 |
| 02/16/2016 | 481089 | WADECO SPECIALTIES LLC | DDA INCLEARING CHECK | 1,743.50 |
| 02/16/2016 | 481094 | GREENWELL ENERGY SOLUTIONS | DDA INCLEARING CHECK | 958.49 |
| 02/16/2016 | 481097 | NEW MEXICO TAXATION & REV DEP | DDA INCLEARING CHECK | 149.90 |
| 02/17/2016 | 480964 | BRYAN POLLARD | DDA INCLEARING CHECK | 1,325.73 |
| 02/17/2016 | 481028 | WAYNE NEWKUMET | DDA INCLEARING CHECK | 175.03 |
| 02/17/2016 | 481029 | WILMAT PETROLEUM CORPORATIO | DDA INCLEARING CHECK | 1,742.54 |
| 02/17/2016 | 481040 | JAMES LEONARD CORLEY MITCHEL | DDA INCLEARING CHECK | 68.82 |
| 02/17/2016 | 481042 | SABRINA MITCHELL ZUNKER | DDA INCLEARING CHECK | 68.82 |
| 02/17/2016 | 481076 | CUATRO TRANSPORATION INC | DDA INCLEARING CHECK | 5,017.22 |
| 02/17/2016 | 481080 | GANDY CORPORATION | DDA INCLEARING CHECK | 1,711.74 |
| 02/17/2016 | 481084 | M & W HOT OIL INC | DDA INCLEARING CHECK | 481.93 |
| 02/17/2016 | 481086 | ROLLIN GAS INC | DDA INCLEARING CHECK | 990.11 |
| 02/17/2016 | 481090 | STRAIGHT LINE CONST INC | DDA INCLEARING CHECK | 3,238.55 |
| 02/18/2016 | 480978 | ENERSTAR RESOURCES OIL & GAS | DDA INCLEARING CHECK | 656.06 |
| 02/18/2016 | 481079 | EUNICE PUMP & SUPPLY LLC | DDA INCLEARING CHECK | 3,261.79 |
| 02/18/2016 | 481087 | T & J VALVE | DDA INCLEARING CHECK | 1,515.09 |
| 02/19/2016 | 481005 | OSCURA RESOURCES INC | DDA INCLEARING CHECK | 58.00 |
| 02/19/2016 | 481096 | New Mexico Energy Library, Inc. | DDA INCLEARING CHECK | 55.00 |
| 02/22/2016 | | Xcel Energy | ACH Debit XCELENERGY XCEL ENERGY-SPS 7750575400  16/0: | 1,242.79 |
| 02/22/2016 | 480840 | CLEO AMERICAN RESOURCES INC | DDA INCLEARING CHECK | 481.29 |
| 02/22/2016 | 480969 | CLEO AMERICAN RESOURCES INC | DDA INCLEARING CHECK | 662.87 |
| 02/22/2016 | 481048 | JOHN M MCCORMACK | DDA INCLEARING CHECK | 153.02 |
| 02/22/2016 | 481099 | Portales Hardware Appliance & Furniture | DDA INCLEARING CHECK | 441.35 |
| 02/22/2016 | 481100 | DEVON ENERGY PRODUCTION CO L | DDA INCLEARING CHECK | 76.12 |
| 02/22/2016 | 481123 | THOMAS K & GRACE G MCGINLEY | DDA INCLEARING CHECK | 85.72 |
| 02/23/2016 | | Everything Energy | ACH Debit 0400D     Everything Energy 8263576595  16/02/2 | 3,372.10 |

9

**SOFA #3**

| Date | Check # | Payee | Description | Amount | Note |
|---|---|---|---|---:|---|
| 02/23/2016 | | Office of Natural Resources and Revenue | ACH Debit PAYMENT   PAY.GOV:  ONRR R 1417000103  16/02 | 536.88 | |
| 02/23/2016 | 480989 | KATHERINE ROSS MADERA SHARB | DDA INCLEARING CHECK | 220.57 | |
| 02/23/2016 | 481032 | SHACKELFORD OIL COMPANY | DDA INCLEARING CHECK | 656.06 | |
| 02/23/2016 | 481091 | NATURAL GAS SERVICE GROUP INC | DDA INCLEARING CHECK | 7,859.94 | |
| 02/23/2016 | 481101 | ANGELO HOLDINGS LLC | DDA INCLEARING CHECK | 350.04 | |
| 02/23/2016 | 481104 | BERNARD LEE HOUSE JR | DDA INCLEARING CHECK | 34.35 | |
| 02/23/2016 | 481108 | DORCHESTER MINERALS LP | DDA INCLEARING CHECK | 88.73 | |
| 02/25/2016 | | Paychex | ACH Debit CCOLL-SDD  PAYX-SDD 4161124166  16/02/24 ID # | 1,075.13 | |
| 02/25/2016 | 481075 | COMPRESSOR DESIGNS INC | DDA INCLEARING CHECK | 950.00 | |
| 02/25/2016 | 481098 | COGBURN PIPE & SUPPLY INC | DDA INCLEARING CHECK | 858.62 | |
| 02/25/2016 | 481107 | DONALD COWDEN OLIVER TST | DDA INCLEARING CHECK | 413.61 | |
| 02/25/2016 | 481110 | JAMES C & GINA BAKER | DDA INCLEARING CHECK | 175.02 | |
| 02/25/2016 | 481111 | JESSIE FAYE CASTLEMAN TST | DDA INCLEARING CHECK | 413.61 | |
| 02/25/2016 | 481114 | LELA ELLEN MADERA | DDA INCLEARING CHECK | 100.02 | |
| 02/25/2016 | 481115 | LELA ELLEN MADERA LIFE ESTATE | DDA INCLEARING CHECK | 50.00 | |
| 02/25/2016 | 481126 | MARGARET J. MITCHELL | DDA INCLEARING CHECK | 1,385.99 | |
| 02/25/2016 | 481127 | MARIANNA H STRONGHEART | DDA INCLEARING CHECK | 100.02 | |
| 02/26/2016 | | Independent Bank | Telephone Transfer Debit TO COLLATERAL PER DOUG | 294,482.53 | BANK SWEEP |

10

Debtor **RMR Operating, LLC**
Name

Case number (if known) **16-30988-11**

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,225. (This amount may be adjusted on 4/01/16 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| **Insider's name and address** | **Dates** | **Total amount or value** | **Reasons for payment or transfer** |
|---|---|---|---|

4.1. **see attached**
Insider's name

_____
Number   Street

_____

_____
City                State      ZIP Code

**Relationship to debtor**
_____

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☐ None

| **Creditor's name and address** | **Description of the action creditor took** | **Date action was taken** | **Amount** |
|---|---|---|---|

**Independent Bank**
Creditor's Name
**1600 Redbud Blvd, Suite 100**
Number   Street

_____

**McKinney**         **TX**   **75069**
City                 State    ZIP Code

**setoff**                                                                    $294,482.53

Last 4 digits or account number: XXXX- ___ ___ ___ ___

**SOFA #4**

**RMR Operating, LLC**
**Payments to Affiliates, Owners, Directors, Officers and Related Parties**
**March 1, 2015 through March 8, 2016**

| Date | Check | Payee | Description | Amount ($) | Subtotal by Vendor | Comments |
|---|---|---|---|---:|---|---|
| 8/13/2015 | 12000 | ALAN BARKSDALE | Expense reimbursement | 10.00 | Expense reimbursement | |
| 8/17/2015 | 12020 | ENERSTAR RESOURCES OIL & GAS | Overriding Royalty | 465.40 | Overriding Royalty | Affiliate of former officer - Tommy Folsom |
| 9/17/2015 | 12126 | ENERSTAR RESOURCES OIL & GAS | Overriding Royalty | 726.62 | Overriding Royalty | Affiliate of former officer - Tommy Folsom |
| 10/15/2015 | 12256 | ENERSTAR RESOURCES OIL & GAS | Overriding Royalty | 616.89 | Overriding Royalty | Affiliate of former officer - Tommy Folsom |
| 11/16/2015 | 12381 | ENERSTAR RESOURCES OIL & GAS | Overriding Royalty | 510.15 | Overriding Royalty | Affiliate of former officer - Tommy Folsom |
| 12/15/2015 | 480849 | ENERSTAR RESOURCES OIL & GAS | Overriding Royalty | 503.89 | Overriding Royalty | Affiliate of former officer - Tommy Folsom |
| 1/19/2016 | 480978 | ENERSTAR RESOURCES OIL & GAS | Overriding Royalty | 656.06 | Overriding Royalty | Affiliate of former officer - Tommy Folsom |
| 1/29/2016 | 481070 | RED MOUNTAIN RESOURCES, INC. | Reimbursement of Expenses Paid by Red Mountain Resources, Inc. | 42,301.64 | | |
| 03/16/2015 | 50762 | ENERSTAR RESOURCES OIL & GAS | Overriding Royalty | 817.99 | Overriding Royalty | Affiliate of former officer - Tommy Folsom |
| 04/15/2015 | 50871 | ENERSTAR RESOURCES OIL & GAS | Overriding Royalty | 678.24 | Overriding Royalty | Affiliate of former officer - Tommy Folsom |
| 05/15/2015 | 50983 | ENERSTAR RESOURCES OIL & GAS | Overriding Royalty | 471.93 | Overriding Royalty | Affiliate of former officer - Tommy Folsom |
| 06/15/2015 | 51099 | ENERSTAR RESOURCES OIL & GAS | Overriding Royalty | 847.24 | Overriding Royalty | Affiliate of former officer - Tommy Folsom |
| 07/15/2015 | 51219 | ENERSTAR RESOURCES OIL & GAS | Overriding Royalty | 624.77 | Overriding Royalty | Affiliate of former officer - Tommy Folsom |

Debtor **RMR Operating, LLC**
      Name

Case number (if known) **16-30988-11**

## Part 3: Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or government audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity--within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Michael Vanderburg v. Western Drilling, Inc., RMR Operating, et al**<br><br>**Case number**<br>**D-101-CV-2015-01763** | complaint to recover damages for personal injury | **1st JDC, Santa Fe County, New Mexico**<br>Name<br><br>Number   Street<br><br>City         State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **RMR Operating, LLC v. Cosi Energy Services, LC**<br><br>**Case number**<br>**DC-16-00945** | Debt collection | **134th District Court, Dallas County, TX**<br>Name<br><br>Number   Street<br><br>City         State   ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

## Part 4: Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000.**

☑ None

## Part 5: Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

Debtor **RMR Operating, LLC**     Case number (if known) **16-30988-11**
     Name

## Part 6: Certain Payments or Transfers

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☒ None

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☒ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property--by sale, trade, or any other means--made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| | Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Black Shale Minerals, LLC**<br><br>**Address**<br>_____<br>Number   Street<br>_____<br>_____<br>City              State   ZIP Code<br><br>**Relationship to debtor**<br>**none** | **Purchase and Sale Agreement dated 4/21/2015 as amended by that certain letter of intent dated 11/3/2015 and closing documents executed in connection therewith** | **2015** | **$34,000,000.00** |

## Part 7: Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy | |
|---|---|---|---|
| 14.1. | **2515 McKinney**<br>Number   Street<br><br>**Dallas**                 **TX**  **75201**<br>City                State  ZIP Code | From _____ | To _____ |

Debtor **RMR Operating, LLC**     Case number (if known) **16-30988-11**
     Name

## Part 8: Health Care Bankruptcies

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained
    **Social security numbers and EIN**

    Does the debtor have a privacy policy about that information?
    ☐ No.
    ☒ Yes.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?
    ☐ No. Go to Part 10.
    ☐ Yes. Fill in below:

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts, certificates of deposit, and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☒ None

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☒ None

Debtor **RMR Operating, LLC**
      Name

Case number (if known) **16-30988-11**

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

The Debtor and its affiliates receive income under joint operating agreements which, under applicable non-bankruptcy law, is not property of the Debtors, but instead belongs to owners of working interests and royalty interests.

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless or the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?**
Include settlements and orders.

☑ No
☐ Yes. Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

**24. Has the debtor notified any govermental unit of any release of hazardous material?**

☑ No
☐ Yes. Provide details below.

Debtor  **RMR Operating, LLC**  Case number (if known) **16-30988-11**
Name

## Part 13: Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No.
☐ Yes. Give the details about the two most recent inventories.

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Alan W. Barksdale | | President | |
| Hilda D. Kouvelis | | Chief Accounting Officer | |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|

Debtor **RMR Operating, LLC**        Case number (if known) **16-30988-11**
Name

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| **Name and address of recipient** | **Amount of money or description and value of property** | **Dates** | **Reason for providing the value** |

30.1. **See SOFA #4**
Name

Street

City          State    ZIP Code

**Relationship to debtor**

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No
☑ Yes. Identify below.

**Name of the parent corporation**         **Employer Identification number of the parent corporation**
**Red Mountain Resources, Inc.**           EIN: **2 7 – 1 7 3 9 4 8 7**

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

Debtor  RMR Operating, LLC
        Name

Case number (*if known*) 16-30988

## Part 14: Signature and Declaration

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

X _[signature]_    Printed name  Alan Barksdale
Signature of individual signing on behalf of the debtor

Position or relationship to debtor  President & President of the Manager

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☒ Yes