

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

_____

**Signed June 18, 2018**         **United States Bankruptcy Judge**

_____

## THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § | |
| RMR Operating, LLC et al., | § § § | Case No.    16-30988-BJH-11 |
| | § | Jointly Administered. |
| Debtors-in-Possession. | § § § | |

**Agreed Order Granting in Part and Denying in Part United States Trustee's Motion to Dismiss Cases or in the Alternative, to Convert Cases to Cases under Chapter 7 in Accordance with 11 U.S.C. §1112(b)(1) or, in the Second Alternative, to set Confirmation Deadlines**

This Order resolves the United States Trustee's Motion to Dismiss Cases or, in the Alternative, to Convert Cases to Cases under Chapter 7 in Accordance with 11 U.S.C. § 1112(b)(1) or, in the Second Alternative to Set Confirmation Deadlines (the "Motion," Docket Entry Nos. 295 and 296) and the Debtors' objection thereto (the "Objection," Docket Entry No. 300). The United States Trustee and the Debtors have agreed to confirmation deadlines as

embodied in this Order.  Based upon the parties' agreement, the Court finds good cause to enter this order, resolving the Motion and the Objection.  It is therefore, hereby,

**ORDERED** that the Debtors shall file an amended plan of reorganization on or before **Friday, June 15, 2018**; and it is further

**ORDERED** that the Debtors shall file their disclosure statement on or before **Friday, June 22, 2018**; and it is further

**ORDERED** that the Debtors shall obtain a hearing to approve of their disclosure statement on or before **Thursday, August 16, 2018**; and it is further

**ORDERED** that the Debtors shall obtain approval of their disclosure statement no later than **Friday, August 31, 2018**; and it is further

**ORDERED** that the Debtors shall obtain confirmation of their amended plan of reorganization on or before Monday**, October 15, 2018**; and it is further

**ORDERED** that any deadline set forth in this Order may be extended for cause if a motion to extend such deadline is filed before the deadline expires; and it is further

**ORDERED** that if the Debtors fail to comply with any deadline set forth in this Order, the United States Trustee shall file a certification of failure to comply with a Court order and shall upload an order dismissing this case for failure to comply with a Court order in accordance with 11 U.S.C. § 1112(b)(4)(E).

### ###END OF ORDER###

Agreed as to Form and Substance:

*/s/  Howard Marc Spector (by M. Kippes with permission)*
Howard Marc Spector, Counsel for the Debtors

*/s/  Meredyth A. Kippes*
Meredyth A. Kippes
Trial Attorney for the United States Trustee