Howard Marc Spector
TBA # 00785023
Nathan M. Johnson
TBA # 00787779
SPECTOR & JOHNSON, PLLC
12770 Coit Road, Suite 1100
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
Hspector@spectorjohnson.com

COUNSEL FOR THE DEBTORS

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| RMR Operating, LLC, et al., | § | CASE NO. 16-30988-11 |
| | § | (Jointly Administered) |
| Debtors. | § | |

### NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing on the Disclosure Statement in Connection with Debtors' Second Amended Joint Plan of Reorganization is set for **August 16, 2018 at 9:00 a.m** before the Honorable Douglas Dodd, United States Bankruptcy Court, Northern District of Texas, Dallas Division, 1100 Commerce Street, 14th Floor, Courtroom #2, Dallas, Texas 75242.

DATED:  July 16, 2018.

Respectfully submitted,

By:     */s/ Howard Marc Spector*
Howard Marc Spector
TBA #00785023
SPECTOR & JOHNSON, PLLC
Banner Place, Suite 1100
12770 Coit Road
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
EMAIL: hspector@spectorjohnson.com

COUNSEL FOR THE DEBTOR