

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

_____

**Signed September 13, 2018**          **United States Bankruptcy Judge**

_____

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| **IN RE:** § | | |
| § | | |
| **RMR Operating, LLC, et al.,** § | | **CASE NO. 16-30988-11** |
| § | | **(Jointly Administered)** |
| **Debtors.** § | | |

**ORDER [a] APPROVING DISCLOSURE STATEMENT;
[b] PRESCRIBING AND APPROVING THE NOTICE AND SOLICITATION
OF VOTES; [c] FIXING RELATED DEADLINES;
AND [d] SETTING HEARING FOR CONFIRMATION OF PLAN**

The Disclosure Statement [Docket No. 328, the "**Disclosure Statement**"] under Chapter 11

of the Bankruptcy Code, having been filed by the above-captioned debtors [the "**Debtors**"] with

respect to the Debtor's Fifth Amended Joint Plan of Reorganization [Docket No. 327, the "**Plan**"],

**IT IS ORDERED**, and **NOTICE IS HEREBY GIVEN**, that:

    **A.** The Disclosure Statement is approved as providing creditors or equity security holders
entitled to vote on the Plan with adequate information to make an informed decision as to

whether to vote to accept or reject the Plan in accordance with section 1125(a)(1) of the Bankruptcy Code.

B. On or before **Monday, September 17, 2018**, a paper or electronic copy of this Order, the Disclosure Statement (containing the Plan and all other filed exhibits thereto), and a paper ballot conforming to Official Form B 314, shall be served by the Debtors via first class U.S. Mail on all creditors and equity security holders, as required by the Bankruptcy Rules and the Local Rules, whose votes are required to be solicited on the Plan.

C. On or before **Monday, September 17, 2018**, a paper or electronic copy of this Order and the Plan shall be served by the Debtors via first class U.S. Mail on all creditors and equity security holders, the U.S. Trustee, and all other parties in interest, as required by the Bankruptcy Rules and the Local Rules, whose votes are not required to be solicited on the Plan.

D. The hearing on confirmation of the Plan has been set for **Wednesday, October 24, 2018 at 2:00 p.m. Central Time** before the Honorable Douglas Dodd, United States Bankruptcy Judge, Northern District of Texas, Dallas Division. The hearing will be held at 1100 Commerce Street, 14th Floor, Courtroom #2, Dallas, Texas 75242. The confirmation hearing may be continued to a future date by notice given in open court at the confirmation hearing. At that time, the Court will consider confirmation of the Plan, any timely objections thereto, and any matters attendant thereto.

E. **Thursday, October 18, 2018** is fixed as the Voting Deadline [as defined in the Plan].

F. **Thursday, October 18, 2018** is fixed as the last day for filing and serving written objections to confirmation of the Plan.

# # # End of Order # # #

Submitted by:

Howard Marc Spector
TBA #00785023
Spector & Johnson, PLLC
12770 Coit Road, Suite 1100
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
EMAIL: hspector@spectorjohnson.com