Monthly Operating Report
CASH BASIS

| CASE NAME: | RMR Operating, LLC |
| CASE NUMBER: | 16–30988-11 |
| JUDGE: | |

# UNITED STATES BANKRUPTCY COURT

## NORTHERN & EASTERN DISTRICTS OF TEXAS

### REGION 6

### MONTHLY OPERATING REPORT

### MONTH ENDING: <u>August</u>   <u>2018</u>
MONTH                    YEAR

IN ACCORDANCE WITH TITLE 28, SECTION 1746, OF THE UNITED STATES CODE, I DECLARE UNDER PENALTY OF PERJURY THAT I HAVE EXAMINED THE FOLLOWING MONTHLY OPERATING REPORT (CASH BASIS-1 THROUGH CASH BASIS-6) AND THE ACCOMPANYING ATTACHMENTS AND, TO THE BEST OF MY KNOWLEDGE, THESE DOCUMENTS ARE TRUE, CORRECT, AND COMPLETE. DECLARATION OF THE PREPARER (OTHER THAN RESPONSIBLE PARTY) IS BASED ON ALL INFORMATION OF WHICH PREPARER HAS ANY KNOWLEDGE.

RESPONSIBLE PARTY:

_____          President
ORIGINAL SIGNATURE OF RESPONSIBLE PARTY          TITLE

9-27-18
Alan W. Barksdale
PRINTED NAME OF RESPONSIBLE PARTY          DATE


PREPARER:

_____          President
ORIGINAL SIGNATURE OF PREPARER          TITLE

9-27-18
Alan W Barksdale
PRINTED NAME OF PREPARER          DATE

## Monthly Operating Report
### CASH BASIS-1

| CASE NAME: | RMR Operating, LLC |
|---|---|
| CASE NUMBER: | 16-30988-11 |

| CASH RECEIPTS AND DISBURSEMENTS | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August |
|---|---|---|---|---|---|---|---|---|
| 1. CASH - BEGINNING OF MONTH | $ 255,092.32 | $ 249,133.32 | $ 256,288.70 | $ 312,149.47 | $ 344,803.46 | $ 260,821.35 | $ 273,234.52 | $ 252,303.81 |
| RECEIPTS | | | | | | | | |
| 2. CASH SALES | | | | | | | | |
| 3. ACCOUNTS RECEIVABLE COLLECTIONS | $ 22,150.76 | $ 9,946.97 | $ 109,877.23 | $ 28,803.93 | $ 17,189.76 | $ 93,498.55 | $ 46,789.46 | $ 116,326.15 |
| 4. LOANS AND ADVANCES | | | | | | | | |
| 5. SALE OF ASSETS | | | | | | | | |
| 6. LEASE & RENTAL INCOME | | | | | | | | |
| 7. WAGES | | | | | | | | |
| 8. OTHER (ATTACH LIST) | $ 100,033.48 | $ 100,034.24 | $ 100,000.00 | $ 100,175.86 | $ 106.22 | $ 86.14 | $ 39.86 | $ 35.85 |
| 9. TOTAL RECEIPTS | $ 122,184.24 | $ 109,981.21 | $ 209,877.23 | $ 128,979.79 | $ 17,295.98 | $ 93,584.69 | $ 46,829.32 | $ 116,362.00 |
| DISBURSEMENTS | | | | | | | | |
| 10. NET PAYROLL | | | | | | | | |
| 11. PAYROLL TAXES PAID | | | | | | | | |
| 12. SALES,USE & OTHER TAXES PAID | | | | | | | | |
| 13. INVENTORY PURCHASES | | | | | | | | |
| 14. MORTAGE PAYMENTS | | | | | | | | |
| 15. OTHER SECURED NOTE PAYMENTS | | | | | | | | |
| 16. RENTAL & LEASE PAYMENTS | | | | | | | | |
| 17. UTILITIES | | | | | | | | |
| 18. INSURANCE | | | | | | | | |
| 19. VEHICLE EXPENSES | | | | | | | | |
| 20. TRAVEL | | | | | | | | |
| 21. ENTERTAINMENT | | | | | | | | |
| 22. REPAIRS & MAINTENANCE | | | | | | | | |
| 23. SUPPLIES | | | | | | | | |
| 24. ADVERTISING | | | | | | | | |
| 25. HOUSEHOLD EXPENSES | | | | | | | | |
| 26. CHARITABLE CONTRIBUTIONS | | | | | | | | |
| 27. GIFTS | | | | | | | | |
| 28. OTHER (ATTACH LIST) | $ 128,143.24 | $ 102,825.83 | $ 154,016.46 | $ 96,325.80 | $ 101,278.09 | $ 81,171.52 | $ 67,760.03 | $ 58,604.44 |
| 29. TOTAL ORDINARY DISBURSEMENTS | $ 128,143.24 | $ 102,825.83 | $ 154,016.46 | $ 96,325.80 | $ 101,278.09 | $ 81,171.52 | $ 67,760.03 | $ 58,604.44 |
| REORGANIZATION EXPENSES | | | | | | | | |
| 30. PROFESSIONAL FEES | | | | | | | | |
| 31. U.S. TRUSTEE FEES | | | | | | | | |
| 32. OTHER (ATTACH LIST) | | | | | | | | |
| 33. TOTAL REORGANIZATION EXPENSES | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 34. TOTAL DISBURSEMENTS | $ 128,143.24 | $ 102,825.83 | $ 154,016.46 | $ 96,325.80 | $ 101,278.09 | $ 81,171.52 | $ 67,760.03 | $ 58,604.44 |
| 35. NET CASH FLOW | $ (5,959.00) | $ 7,155.38 | $ 55,860.77 | $ 32,653.99 | $ (83,982.11) | $ 12,413.17 | $ (20,930.71) | $ 57,757.56 |
| 36. CASH - END OF MONTH | $ 249,133.32 | $ 256,288.70 | $ 312,149.47 | $ 344,803.46 | $ 260,821.35 | $ 273,234.52 | $ 252,303.81 | $ 310,061.37 |

| CASE NAME: | RMR Operating, LLC |
|---|---|
| CASE NUMBER: | 16-30989-11 |

| 8  OTHER (ATTACH LIST) | $ | 35.85 |
|---|---|---|

| RMR Operating | Revenue | $ | 35.85 |
|---|---|---|---|

| EffDate | Reference | Account | SubAccount | Amount | Description | |
|---|---|---|---|---|---|---|
| 08/15/2018 | RIR00057 | 4000 | 1046 | -3.47 | COWDEN D #10 | 06/18 |
| 08/15/2018 | RIR00057 | 4000 | 1047 | 0.00 | COWDEN D #11 | 06/18 |
| 08/15/2018 | RIR00057 | 4000 | 1050 | -3.47 | COWDEN D #4 | 06/18 |
| 08/15/2018 | RIR00057 | 4000 | 1051 | -3.47 | COWDEN D #5 | 06/18 |
| 08/15/2018 | RIR00057 | 4000 | 1054 | -3.47 | COWDEN D #8 | 06/18 |
| 08/15/2018 | RIR00057 | 4000 | 1055 | -3.47 | COWDEN D #9 | 06/18 |
| 08/15/2018 | RIR00057 | 4000 | 1058 | 0.00 | COWDEN F #1 | 06/18 |
| 08/15/2018 | RIR00057 | 4000 | 1060 | 0.00 | COWDEN F #11 | 06/18 |
| 08/15/2018 | RIR00057 | 4000 | 1062 | 0.00 | COWDEN F #13WS | 06/18 |
| 08/15/2018 | RIR00057 | 4000 | 1064 | 0.00 | COWDEN F #2 | 06/18 |
| 08/15/2018 | RIR00057 | 4000 | 1066 | 0.00 | COWDEN F #3R | 06/18 |
| 08/15/2018 | RIR00057 | 4000 | 1067 | -10.12 | COWDEN F #4 | 06/18 |
| 08/15/2018 | RIR00057 | 4000 | 1070 | -10.12 | COWDEN F #7 | 06/18 |
| 08/15/2018 | RIR00057 | 5000 | 1046 | 0.16 | COWDEN D #10 | 06/18 |
| 08/15/2018 | RIR00057 | 5000 | 1047 | 0.00 | COWDEN D #11 | 06/18 |
| 08/15/2018 | RIR00057 | 5000 | 1050 | 0.16 | COWDEN D #4 | 06/18 |
| 08/15/2018 | RIR00057 | 5000 | 1051 | 0.16 | COWDEN D #5 | 06/18 |
| 08/15/2018 | RIR00057 | 5000 | 1054 | 0.16 | COWDEN D #8 | 06/18 |
| 08/15/2018 | RIR00057 | 5000 | 1055 | 0.16 | COWDEN D #9 | 06/18 |
| 08/15/2018 | RIR00057 | 5000 | 1058 | 0.00 | COWDEN F #1 | 06/18 |
| 08/15/2018 | RIR00057 | 5000 | 1060 | 0.00 | COWDEN F #11 | 06/18 |
| 08/15/2018 | RIR00057 | 5000 | 1062 | 0.00 | COWDEN F #13WS | 06/18 |
| 08/15/2018 | RIR00057 | 5000 | 1064 | 0.00 | COWDEN F #2 | 06/18 |
| 08/15/2018 | RIR00057 | 5000 | 1066 | 0.00 | COWDEN F #3R | 06/18 |
| 08/15/2018 | RIR00057 | 5000 | 1067 | 0.47 | COWDEN F #4 | 06/18 |
| 08/15/2018 | RIR00057 | 5000 | 1070 | 0.47 | COWDEN F #7 | 06/18 |

**Monthly Operating Report**
CASH BASIS-1A

**2018**

| CASE NAME: | RMR Operating, LLC |
|---|---|
| CASE NUMBER: | 16-30988-11 |

**CASH DISBURSEMENTS DETAIL**        MONTH: _____ August

### CASH DISBURSEMENTS

| | DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | **TOTAL CASH DISBURSEMENTS** | | | $ - |

### BANK ACCOUNT DISBURSEMENTS

| CK# | DATE | PAYEE | PURPOSE | AMOUNT |
|---|---|---|---|---|
| 2304 | 08/02/18 | Association Services | Employee Insurance | $ 1,261.14 |
| 2305 | 08/02/18 | Health Care Services | Employee Insurance | $ 8,554.76 |
| ACH | 08/02/18 | Paychex | FSA | $ 1,800.00 |
| 2306 | 08/09/18 | Sundance Services | WO Rig | $ 434.62 |
| 2307 | 08/09/18 | North Texas Toll | Toll | $ 5.93 |
| 2308 | 08/09/18 | Damon Vanley | LOE - Pumper | $ 3,250.00 |
| 2309 | 08/09/18 | IHSGlobal | LOE - Testing/Meter Providing | $ 357.50 |
| 2310 | 08/09/18 | Precision Production Services | LOE - Chemicals | $ 425.39 |
| 2311 | 08/09/18 | C&S Incorporated | Auto Expense | $ 553.32 |
| ACH | 08/10/18 | Paychex | Payroll Fee | $ 187.18 |
| 2312 | 08/14/18 | Matthew Barksdale | Payroll | $ 1,648.15 |
| 2313 | 08/14/18 | Cynthia Chrestman | Payroll | $ 2,762.59 |
| 2314 | 08/14/18 | Joseph Urban | LOE - Payroll | $ 1,762.97 |
| ACH | 08/14/18 | Paychex | FSA | $ 287.76 |
| ACH | 08/15/18 | Paychex | Payroll Taxes | $ 2,365.55 |
| 2315 | 08/20/18 | ABC Rental Tool | WO Rig | $ 2,326.28 |
| | **TOTAL BANK ACCOUNT DISBURSEMENTS** | | | $ 27,983.14 |

| **TOTAL DISBURSEMENTS FOR THE MONTH** | $ 58,604.44 |
|---|---|

**Monthly Operating Report**
CASH BASIS-2

| CASE NAME: | RMR Operating, LLC |
|---|---|
| CASE NUMBER: | 16–30988-11 |

**BANK RECONCILIATIONS**

| | Acct #1 | Acct #2 | Acct #3 | Acct #4 | | |
|---|---|---|---|---|---|---|
| A. BANK: | Bank of Texas | First State Bar | Operating Bond | Held in Escrow | | |
| B. ACCOUNT NUMBER: | 1345 | 3187 | various | | | TOTAL |
| C. PURPOSE (TYPE): | DIP Gen Acct | General Accou | RESTRICTED | | | |
| 1. BALANCE PER BANK STATEMENT | $ 74,608.53 | $ - | $ 243,897.70 | | | $ 318,506.23 |
| 2. ADD: TOTAL DEPOSITS NOT CREDITED | | | | | | $ - |
| 3. SUBTRACT: OUTSTANDING CHECKS | $ 8,444.86 | $ - | | | | $ 8,444.86 |
| 4. OTHER RECONCILING ITEMS | | | | | | $ - |
| 5. MONTH END BALANCE PER BOOKS | $ 66,163.67 | $ - | $ 243,897.70 | $ - | | $ 310,061.37 |
| 6. NUMBER OF LAST CHECK WRITTEN | 2325 | 10009 | | | | $ (0.00) |

**INVESTMENT ACCOUNTS**

| | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | | CURRENT VALUE |
|---|---|---|---|---|---|
| BANK, ACCOUNT NAME & NUMBER | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |
| 11. TOTAL INVESTMENTS | | | $ - | | $ - |

**CASH**

| | | | | | | |
|---|---|---|---|---|---|---|
| 12. CURRENCY ON HAND | | | | | | $ - |

| | |
|---|---|
| **13. TOTAL CASH - END OF MONTH** | $ 310,061.37 |

| CASE NAME: | RMR Operating, LLC |
|---|---|
| CASE NUMBER: | 16-30988-11 |

**ASSETS OF THE ESTATE**

| SCHEDULE "A"<br>REAL PROPERTY | SCHEDULE<br>AMOUNT | MONTH<br>January | MONTH<br>February | MONTH<br>March | MONTH<br>April | MONTH<br>May | MONTH<br>June | MONTH<br>July | MONTH<br>August |
|---|---|---|---|---|---|---|---|---|---|
| 1. | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. OTHER (ATTACH LIST) | | | | | | | | | |
| 5. TOTAL REAL PROPERTY ASSETS | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - | $        - |
| SCHEDULE "B"<br>PERSONAL PROPERTY | | | | | | | | | |
| 1. CASH ON HAND | | | | | | | | | |
| 2. CHECKING, SAVINGS, ETC | $   226,967.70 | $ 249,133.32 | $ 256,288.70 | $ 312,149.47 | $ 344,803.46 | $ 260,821.35 | $ 273,234.52 | $ 252,303.81 | $ 310,061.37 |
| 3. SECURITY DEPOSITS | $       306.00 | $  23,936.05 | $  23,936.05 | $  23,936.05 | $  23,936.05 | $  23,936.05 | $  23,936.05 | $  23,936.05 | $  23,936.05 |
| 4. HOUSEHOLD GOODS | | | | | | | | | |
| 5. BOOKS, PICTURES, ART | | | | | | | | | |
| 6. WEARING APPAREL | | | | | | | | | |
| 7. FURS AND JEWELRY | | | | | | | | | |
| 8. FIREARMS & SPORTS EQUIPMENT | | | | | | | | | |
| 9. INSURANCE POLICIES | | | | | | | | | |
| 10. ANNUITIES | | | | | | | | | |
| 11. EDUCATION | | | | | | | | | |
| 12. RETIREMENT & PROFIT SHARING | | | | | | | | | |
| 13. STOCKS | | | | | | | | | |
| 14. PARTNERSHIPS & JOINT VENTURES | | | | | | | | | |
| 15. GOVERNMENT & CORPORATE BONDS | | | | | | | | | |
| 16. ACCOUNTS RECEIVABLE | $    92,138.40 | $ 305,570.57 | $ 330,586.31 | $ 288,569.39 | $ 415,344.27 | $ 248,694.74 | $ 205,713.12 | $ 187,178.05 | $  99,527.01 |
| 17. ALIMONY | | | | | | | | | |
| 18. OTHER LIQUIDATED DEBTS | | | | | | | | | |
| 19. EQUITABLE INTERESTS | | | | | | | | | |
| 20. CONTINGENT INTERESTS | | | | | | | | | |
| 21. OTHER CLAIMS | | | | | | | | | |
| 22. PATENTS & COPYRIGHTS | | | | | | | | | |
| 23. LICENSES & FRANCHISES | | | | | | | | | |
| 24. CUSTOMER LISTS | | | | | | | | | |
| 25. AUTOS, TRUCKS & OTHER VEHICLES | $    75,000.00 | $  75,000.00 | $  75,000.00 | $  75,000.00 | $  75,000.00 | $  75,000.00 | $  75,000.00 | $  75,000.00 | $  75,000.00 |
| 26. BOATS & MOTORS | | | | | | | | | |
| 27. AIRCRAFT | | | | | | | | | |
| 28. OFFICE EQUIPMENT | | | | | | | | | |
| 29. MACHINERY, FIXTURES & EQUIPMENT | | | | | | | | | |
| 30. INVENTORY | | | | | | | | | |
| 31. ANIMALS | | | | | | | | | |
| 32. CROPS | | | | | | | | | |
| 33. FARMING EQUIPMENT | | | | | | | | | |
| 34. FARM SUPPLIES | | | | | | | | | |
| 35. OTHER (ATTACH LIST) Pawnee, Cowden | $    70,000.00 | $   5,000.00 | $   5,000.00 | $   5,000.00 | $   5,000.00 | $   5,000.00 | $   5,000.00 | $   5,000.00 | $   5,000.00 |
| 36. TOTAL PERSONAL PROPERTY ASSETS | $   464,412.10 | $ 658,639.94 | $ 690,811.06 | $ 704,654.91 | $ 864,083.78 | $ 613,452.14 | $ 582,883.69 | $ 543,417.91 | $ 513,524.43 |
| 37. TOTAL ASSETS | $   464,412.10 | $ 658,639.94 | $ 690,811.06 | $ 704,654.91 | $ 864,083.78 | $ 613,452.14 | $ 582,883.69 | $ 543,417.91 | $ 513,524.43 |

**Monthly Operating Report**
**CASH BASIS-4**

| CASE NAME: | RMR Operating, LLC |
|---|---|
| CASE NUMBER: | 16-30988-11 |

MONTH: August

### LIABILITIES OF THE ESTATE

| PREPETITION LIABILITIES | SCHEDULE AMOUNT | PAYMENTS |
|---|---|---|
| 1. SECURED | $ - | |
| 2. PRIORITY | $ 147,338.71 | |
| 3. UNSECURED | $ 1,244,290.08 | |
| 4. OTHER (ATTACH LIST) | | |
| 5. TOTAL PREPETITION LIABILITIES | $ 1,391,628.79 | $ - |

| POSTPETITION LIABILITIES | DATE INCURRED | AMOUNT OWED | DUE DATE | AMOUNT PAST DUE |
|---|---|---|---|---|
| 1. FEDERAL INCOME TAXES | | | | |
| 2. FICA/MEDICARE | | | | |
| 3. STATE TAXES | | | | |
| 4. REAL ESTATE TAXES | | | | |
| 5. OTHER TAXES (ATTACH LIST) | | | | |
| 6. TOTAL TAXES | | $ - | | $ - |
| OTHER POSTPETITION LIABILITIES INCLUDING TRADE CREDITORS (LIST NAMES OF CREDITORS) | | | | |
| 7. Black Rock | | $ 1,496,980.47 | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. | | | | |
| 12. | | | | |
| 13. | | | | |
| 14. | | | | |
| 15. | | | | |
| 16. | | | | |
| 17. | | | | |
| 18. | | | | |
| 19. | | | | |
| 20. | | | | |
| 21. | | | | |
| 22. | | | | |
| 23. | | | | |
| 24. | | | | |
| 25. | | | | |
| 26. | | | | |
| 27. | | | | |
| 28. | | | | |
| 29. (IF ADDITIONAL ATTACH LIST) | | | | |
| 30. TOTAL OF LINES 7 - 29 | | $ 1,496,980.47 | | $ - |
| 31. TOTAL POSTPETITION LIABILITIES | | $ 1,496,980.47 | | $ - |

| CASE NAME: | RMR Operating, LLC |
|---|---|
| CASE NUMBER: | 16-30988-11 |

MONTH  August

| ACCOUNTS RECEIVABLE AGING | SCHEDULE AMOUNT | MONTH January | MONTH February | MONTH March | MONTH April | MONTH May | MONTH June | MONTH July | MONTH August |
|---|---|---|---|---|---|---|---|---|---|
| 1. 0 - 30 | $ 92,138.40 | $ 82,484.99 | $ 31,829.55 | $ 49,971.82 | $ 153,018.97 | $ 91,881.19 | $ 47,957.09 | $ 25,412.14 | $ 26,115.27 |
| 2. 31 - 60 | | $ 27,053.10 | $ 82,484.99 | $ 24,102.82 | $ 32,895.24 | $ 138,692.69 | $ 77,010.77 | $ 39,933.81 | $ 18,181.82 |
| 3. 61 - 90 | | $ 17,926.14 | $ 23,663.30 | $ 37,914.03 | $ 24,102.82 | $ 8,868.67 | $ 65,902.00 | $ 41,627.93 | $ 20,438.95 |
| 4. 91 + | | $ 178,106.34 | $ 192,608.47 | $ 176,580.72 | $ 205,327.24 | $ 9,252.19 | $ 14,843.26 | $ 80,204.17 | $ 34,790.97 |
| 5. TOTAL ACCOUNTS RECEIVABLE | $ 92,138.40 | $ 305,570.57 | $ 330,586.31 | $ 288,569.39 | $ 415,344.27 | $ 248,694.74 | $ 205,713.12 | $ 187,178.05 | $ 99,527.01 |
| 6. AMOUNT CONSIDERED UNCOLLECTIBLE | | | | | | | | | |
| 7. ACCOUNTS RECEIVABLE (NET) | $ 92,138.40 | $ 305,570.57 | $ 330,586.31 | $ 288,569.39 | $ 415,344.27 | $ 248,694.74 | $ 205,713.12 | $ 187,178.05 | $ 99,527.01 |

| AGING OF POSTPETITION TAXES AND PAYABLES | 0 - 30 DAYS | Total | Total | Total | Total | Total | Total | Total | Total |
|---|---|---|---|---|---|---|---|---|---|
| TAXES PAYABLE | | | | | | | | | |
| 1. FEDERAL | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 2. STATE | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 3. LOCAL | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 4. OTHER (ATTACH LIST) | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 5. TOTAL TAXES PAYABLE | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 6. ACCOUNTS PAYABLE | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

| STATUS OF POSTPETITION TAXES | BEGINNING TAX LIABILITY | ENDING TAX LIABILITY | ENDING TAX LIABILITY | ENDING TAX LIABILITY | ENDING TAX LIABILITY | ENDING TAX LIABILITY | ENDING TAX LIABILITY | ENDING TAX LIABILITY | ENDING TAX LIABILITY |
|---|---|---|---|---|---|---|---|---|---|
| FEDERAL | | | | | | | | | |
| 1. WITHHOLDING | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 2. FICA-EMPLOYEE | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 3. FICA-EMPLOYER | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 4. UNEMPLOYMENT | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 5. INCOME | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 6. OTHER (ATTACH LIST) | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 7. TOTAL FEDERAL TAXES | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| STATE AND LOCAL | | | | | | | | | |
| 8. WITHHOLDING | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 9. SALES | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 10. EXCISE | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 11. UNEMPLOYMENT | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 12. REAL PROPERTY | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 13. PERSONAL PROPERTY | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 14. OTHER (ATTACH LIST) | | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 15. TOTAL STATE & LOCAL | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |
| 16. TOTAL TAXES | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ - |

**Monthly Operating Report**
**CASH BASIS-5**

| CASE NAME: | RMR Operating, LLC |
| CASE NUMBER: | 16−30988−11 |

MONTH: _____ August

PAYMENTS TO INSIDERS AND PROFESSIONALS

| INSIDERS | | | |
|---|---|---|---|
| NAME | TYPE OF PAYMENT | AMOUNT PAID | TTL PD TO DATE |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| TOTAL PAYMENTS TO INSIDERS | | $ - | $ - |

| PROFESSIONALS | | | | | |
|---|---|---|---|---|---|
| NAME | DATE OF COURT ORDER AUTHORIZING PAYMENT | AMOUNT APPROVED | AMOUNT PAID | TTL PAID TO DATE | TOTAL INCURRED & UNPAID |
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| TOTAL PAYMENTS TO PROFESSIONALS | | $ - | $ - | $ - | $ - |

POSTPETITION STATUS OF SECURED NOTES, LEASES PAYABLE AND ADEQUATE PROTECTION PAYMENTS

| NAME OF CREDITOR | SCHEDULED MONTHLY PAYMENTS DUE | AMOUNTS PAID DURING MONTH | TOTAL UNPAID POST-PETITION |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |
| 6. TOTAL | $ - | $ - | $ - |

**Monthly Operating Report**
CASH BASIS-6

**2018**

| CASE NAME: | RMR Operating, LLC |
| --- | --- |
| CASE NUMBER: | 16–30988-11 |

MONTH: _____ August _____

## QUESTIONNAIRE

| | | YES | NO |
| --- | --- | --- | --- |
| 1. | HAVE ANY ASSETS BEEN SOLD OR TRANSFERRED OUTSIDE THE NORMAL COURSE OF BUSINESS THIS REPORTING PERIOD? | | X |
| 2. | HAVE ANY FUNDS BEEN DISBURSED FROM ANY ACCOUNT OTHER THAN A DEBTOR IN POSSESSION ACCOUNT? | | X |
| 3. | ARE ANY POSTPETITION RECEIVABLES (ACCOUNTS, NOTES OR LOANS) DUE FROM RELATED PARTIES? | | X |
| 4. | HAVE ANY PAYMENTS BEEN MADE ON PREPETITION LIABILITIES THIS REPORTING PERIOD? | | X |
| 5. | HAVE ANY POSTPETITION LOANS BEEN RECEIVED BY THE DEBTOR FROM ANY PARTY? | | X |
| 6. | ARE ANY POSTPETITION PAYROLL TAXES PAST DUE? | | X |
| 7. | ARE ANY POSTPETITION STATE OR FEDERAL INCOME TAXES PAST DUE? | | X |
| 8. | ARE ANY POSTPETITION REAL ESTATE TAXES PAST DUE? | | X |
| 9. | ARE ANY OTHER POSTPETITION TAXES PAST DUE? | | X |
| 10. | ARE ANY AMOUNTS OWED TO POSTPETITION CREDITORS DELINQUENT? | | X |
| 11. | HAVE ANY PREPETITION TAXES BEEN PAID DURING THE REPORTING PERIOD? | | X |
| 12. | ARE ANY WAGE PAYMENTS PAST DUE? | | X |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "YES", PROVIDE A DETAILED EXPLANATION OF EACH ITEM. ATTACH ADDITIONAL SHEETS IF NECESSARY.

_____
_____
_____

## INSURANCE

| | | YES | NO |
| --- | --- | --- | --- |
| 1. | ARE WORKER'S COMPENSATION, GENERAL LIABILITY AND OTHER NECESSARY INSURANCE COVERAGES IN EFFECT? | X | |
| 2. | ARE ALL PREMIUM PAYMENTS PAID CURRENT? | X | |
| 3. | PLEASE ITEMIZE POLICIES BELOW | | |

IF THE ANSWER TO ANY OF THE ABOVE QUESTIONS IS "NO" OR IF ANY POLICIES HAVE BEEN CANCELED OR NOT RENEWED DURING THIS REPORTING PERIOD, PROVIDE AN EXPLANATION BELOW. ATTACH ADDITIONAL SHEETS IF NECESSARY.

_____
_____
_____

## INSTALLMENT PAYMENTS

| TYPE OF POLICY | CARRIER | PERIOD COVERED | PAYMENT AMOUNT & FREQUENCY |
| --- | --- | --- | --- |
| GL AUTO PROP UMB | St Paul Fire and Marine | 08/01/18 - 08/01/19 | PAID IN FULL |
| Worker's Compensation , Emp | Travelers Casualty & Su | 08/01/18 - 08/01/19 | PAID IN FULL |
| | | | |
| | | | |
| | | | |

**Monthly Operating Report**

| CASE NAME: | RMR Operating, LLC GROSS REVENUE BA |
|---|---|
| CASE NUMBER: | 16–30988-11 |

| BANK RECONCILIATIONS | Acct #1 | Acct #2 | Acct #3 | TOTAL |
|---|---|---|---|---|
| A. BANK: | | | Bank of Texas | |
| B. ACCOUNT NUMBER: | | | 1334 | |
| C. PURPOSE (TYPE): | | | DIP Revenue | |
| 1. BALANCE PER BANK STATEMENT | | $ - | $ 27,633.63 | $ 27,633.63 |
| 2. ADD: TOTAL DEPOSITS NOT CREDITED | | | $ - | $ - |
| 3. SUBTRACT: OUTSTANDING CHECKS | | $ - | $ 6,711.57 | $ 6,711.57 |
| 4. OTHER RECONCILING ITEMS | | | | $ - |
| **5. MONTH END BALANCE PER BOOKS** | $ - | $ - | $ 20,922.06 | $ 20,922.06 |
| 6. NUMBER OF LAST CHECK WRITTEN | | | | |

| INVESTMENT ACCOUNTS | DATE OF PURCHASE | TYPE OF INSTRUMENT | PURCHASE PRICE | CURRENT VALUE |
|---|---|---|---|---|
| BANK, ACCOUNT NAME & NUMBER | | | | |
| 7. | | | | |
| 8. | | | | |
| 9. | | | | |
| 10. | | | | |
| 11. TOTAL INVESTMENTS | | | $ - | $ - |

| CASH | | |
|---|---|---|
| 12. CURRENCY ON HAND | | $ - |

| **13. TOTAL CASH - END OF MONTH** | | $ 20,922.06 |

# ◈ BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

**PRIMARY ACCOUNT**
░░░░░░░345

Statement Period:
08-01-18 to 08-31-18

Direct Inquiries To:
Comm'l Client Svcs
866-407-4147

**www.bankoftexas.com**

0001317 T09252090118120551 00 00000 04 100000000 00134575 004 TEXRG4

RMR OPERATING LLC BANKRUPTCY ACCT
DEBTOR IN POSSESSION CASE #16-30988-11
JNTLY ADMINISTERED CASE #16-30988-BJH-11
US BANKRUPTCY CT N TX-GENERAL OPERATING
14282 GILLIS ROAD
FARMERS TX  75244

25 Images Provided Page 1 of 7

## BANKRUPTCY CHECKING

ACCOUNT: 8░░░░░░░45 



Statement Period from 08-01-18 through 08-31-18

| | | |
|---|---|---|
| $ | Starting Balance | 15,315.27 |
| + | 8  Deposits | 116,362.00 |
| - | 27  Checks & Withdrawals | 57,068.74 |
| - | Service Fees | .00 |
| = | Ending Balance | 74,608.53 |

## ➕ DEPOSITS



| Date | | Amount |
|---|---|---|
| 08-03 | RCC DEPOSIT | 2,559.84 |
| 08-08 | TRANSFER FROM CHECKING ░░░░378 | 2,500.00 |
| 08-09 | TRANSFER FROM CHECKING ░░░░378 | 15,863.86 |
| 08-15 | RCC DEPOSIT | 488.86 |
| 08-20 | TRANSFER FROM CHECKING ░░░░334 | 7,135.06 |
| 08-20 | RCC DEPOSIT | 75,892.23 |
| 08-20 | RCC DEPOSIT | 35.85 |
| 08-28 | RCC DEPOSIT | 11,886.30 |

## ➖ WITHDRAWALS

| Date | | | | Amount |
|---|---|---|---|---|
| 08-02 | PAYX-SDD | CCOLL-SDD | *****15463700 | 1,800.00 |
| 08-08 | FORCE PAY CHECK | | 2304 | 1,261.14 |
| 08-10 | PAYCHEX EIB | INVOICE | X77337700008647 | 187.18 |
| 08-14 | PAYX-SDD | CCOLL-SDD | *****15495287 | 287.76 |



**FOR ACCOUNT BALANCING PROCEDURES, IMPORTANT INFORMATION AND ADDRESS CHANGES SEE REVERSE SIDE**



# BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

**Change of Address -** It is the responsibility of the account holder to notify us promptly of any change
in mailing address to avoid delays in delivery. Please call the number listed on
the front of your statement or visit a banking center to change your address.

Page 2

**Balancing Your Account:**

Before you start, *please be sure to* enter in your account register any interest earned, automatic transactions or bank charges
*including those in this statement.*

| A. Enter deposits not shown on this statement. | B. Enter all checks, withdrawals and bank charges not shown on this or any prior statement. | C. Follow instructions below to compare transactions recorded on your statement with those in your account register. |
|---|---|---|

| Date of Deposit | Amount | | Outstanding Item | Amount | |
|---|---|---|---|---|---|
| | | | | | **New Balance** <br> **Shown on other side** |
| | | | | | |
| | | | | | **Plus (+)** <br> **Total A** |
| | | | | | |
| | | | | | **Equals (=)** |
| | | | | | |
| | | | | | **Minus (-)** <br> **Total B** |
| | | | | | |
| **Total A** | | | **Total B** | | **Equals (=)** <br> **Your current register balance** |

## *Electronic Transfer Rights Summary*

*In Case of Errors or Questions About Your Electronic Transfers*
*Please Follow These Instructions*

If you need more information on a transfer on your statement or receipt, or if you think your statement or receipt is incorrect, you need to contact us no
later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Telephone us at the number listed on the front of your
statement after the words "Direct Inquiries To" or write us at:

*Bank of Texas N A*
*Attn: Customer Service*
*P.O. Box 29775*
*Dallas, TX 75229-0775*

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however,
we may take up to 45 days (90 days for point-of-sale or foreign-initiated transactions) to investigate your complaint or question. If we decide to do this, we will
credit your account within 10 business days for the amount you think is in error, so you will have the money during the time it takes us to complete our investigation.

# BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

PRIMARY ACCOUNT
603550145

Statement Period:
08-01-18 to 08-31-18

RMR OPERATING LLC BANKRUPTCY ACCT
DEBTOR IN POSSESSION CASE #16-30988-11
JNTLY ADMINISTERED CASE #16-30988-BJH-11
US BANKRUPTCY CT N TX-GENERAL OPERATING
14282 GILLIS ROAD
FARMERS TX  75244

Direct Inquiries To:
Comm'l Client Svcs
866-407-4147

www.bankoftexas.com

25 Images Provided Page 3 of 7

## BANKRUPTCY CHECKING (cont.)

### WITHDRAWALS

| Date | | | | Amount |
|------|------|------|------|--------|
| 08-15 PAYCHEX TPS | TAXES | *****300002453X | | 2,365.55 |
| 08-22 AMIGO ENERGY | DEBITDEBIT | *****60398 | | 1,185.15 |
| 08-31 PAYCHEX TPS | TAXES | *****500018347X | | 2,689.77 |

### CHECKS

(* Indicates a break in check number sequence)
(RTND Indicates a RETURNED CHECK)

| Date | Number | Amount | Date | Number | Amount |
|------|--------|--------|------|--------|--------|
| 08-02 | 2296 | 146.18 | 08-15 | 2312 | 1,648.15 |
| 08-01 | *2302 | 1,762.98 | 08-15 | 2313 | 2,762.59 |
| 08-01 | 2303 | 5,000.00 | 08-16 | 2314 | 1,762.97 |
| 08-07 | *2305 | 8,554.76 | 08-24 | 2315 | 2,326.28 |
| 08-20 | 2306 | 434.62 | 08-29 | 2316 | 292.51 |
| 08-29 | 2307 | 5.93 | 08-20 | 2317 | 5,000.00 |
| 08-17 | 2308 | 3,250.00 | 08-31 | 2318 | 5,000.00 |
| 08-16 | 2309 | 357.50 | 08-30 | 2319 | 278.14 |
| 08-22 | 2310 | 425.39 | 08-23 | *2321 | 4,404.39 |
| 08-16 | 2311 | 553.32 | 08-31 | *2324 | 3,326.48 |

### DAILY ACCOUNT BALANCE



| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 07-31 | 15,315.27 | 08-03 | 9,165.95 | 08-09 | 17,713.91 |
| 08-01 | 8,552.29 | 08-07 | 611.19 | 08-10 | 17,526.73 |
| 08-02 | 6,606.11 | 08-08 | 1,850.05 | 08-14 | 17,238.97 |

# ◎ BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

**PRIMARY ACCOUNT**
█8095801█45

Statement Period:
08-01-18 to 08-31-18

RMR OPERATING LLC BANKRUPTCY ACCT
DEBTOR IN POSSESSION CASE #16-30988-11
JNTLY ADMINISTERED CASE #16-30988-BJH-11
US BANKRUPTCY CT N TX-GENERAL OPERATING
14282 GILLIS ROAD
FARMERS TX 75244

Direct Inquiries To:
Comm'l Client Svcs
866-407-4147

**www.bankoftexas.com**

25 Images Provided Page 4 of 7

---

## BANKRUPTCY CHECKING (cont.)

### DAILY ACCOUNT BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 08-15 | 10,951.54 | 08-22 | 81,045.73 | 08-29 | 85,902.92 |
| 08-16 | 8,277.75 | 08-23 | 76,641.34 | 08-30 | 85,624.78 |
| 08-17 | 5,027.75 | 08-24 | 74,315.06 | 08-31 | 74,608.53 |
| 08-20 | 82,656.27 | 08-28 | 86,201.36 | | |

### SERVICE FEE BALANCE INFORMATION

| | | | |
|---|---|---|---|
| AVG LEDGER BALANCE | 36,975.91 | AVG COLLECTED BAL | 30,990.00 |
| MINIMUM LEDGER BAL | 611.19 | | |



# BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

PRIMARY ACCOUNT
████████345

Statement Period:
08-01-18 to 08-31-18

Direct Inquiries To:
Comm'l Client Svcs
866-407-4147

RMR OPERATING LLC BANKRUPTCY ACCT
DEBTOR IN POSSESSION CASE #16-30988-11

## BANKRUPTCY CHECKING - ████████1345



$2,559.84

$488.86

$75,892.23

$35.85

$11,886.30

2296 $146.18

2302 $1,762.98

2303 $5,000.00

2305 $8,554.76

2306 $434.62

# ⬡ BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

PRIMARY ACCOUNT
███████345

Statement Period:
08-01-18 to 08-31-18

Direct Inquiries To:
Comm'l Client Svcs
866-407-4147

RMR OPERATING LLC BANKRUPTCY ACCT
DEBTOR IN POSSESSION CASE #16-30988-11



| 2307 | $5.93 | 2308 | $3,250.00 |
| 2309 | $357.50 | 2310 | $425.39 |
| 2311 | $553.32 | 2312 | $1,648.15 |
| 2313 | $2,762.59 | 2314 | $1,762.97 |
| 2315 | $2,326.28 | 2316 | $292.51 |

# ◉ BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

PRIMARY ACCOUNT
████580█3█5

Statement Period:
08-01-18 to 08-31-18

Direct Inquiries To:
Comm'l Client Svcs
866-407-4147

RMR OPERATING LLC BANKRUPTCY ACCT
DEBTOR IN POSSESSION CASE #16-30988-11

Page 7 of 7



2317    $5,000.00



2318    $5,000.00



2319    $278.14



2321    $4,404.39



2324    $3,326.48



00001317-0049713-0000-0007-T092520901181205510-04-L

# ◈ BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

0000903 T09252090118120551000 0000 03 10000000 00127738 002 TEXRG3

RMR OPERATING LLC BANKRUPTCY ACCT
DEBTOR IN POSSESSION CASE #16-30988-11
JNTLY ADMINISTERED CASE #16-30988-BJH-11
US BANKRUPTCY COURT N TX-REVENUE ACCT
14282 GILLIS ROAD
FARMERS BRANCH TX 75244

PRIMARY ACCOUNT
809580134

Statement Period:
08-01-18 to 08-31-18

Direct Inquiries To:
Comm'l Client Svcs
866-407-4147

**www.bankoftexas.com**

8 Images Provided Page 1 of 4

## BANKRUPTCY CHECKING

ACCOUNT: 4



Statement Period from 08-01-18 through 08-31-18

| | | |
|---|---|---:|
| $ | Starting Balance | 39,186.75 |
| + | 0 Deposits | .00 |
| - | 9 Checks & Withdrawals | 11,553.12 |
| - | Service Fees | .00 |
| = | Ending Balance | 27,633.63 |

## WITHDRAWALS

| Date | | Amount |
|---|---|---:|
| 08-20 TRANSFER TO CHECKING 45 | | 7,135.06 |

## ✓ CHECKS

(* Indicates a break in check number sequence)
(RTND Indicates a RETURNED CHECK)

| Date | Number | Amount | Date | Number | Amount |
|---|---|---:|---|---|---:|
| 08-07 | 2268 | 663.99 | 08-28 | 2273 | 597.56 |
| 08-07 | 2269 | 663.99 | 08-28 | 2274 | 597.56 |
| 08-01 | 2270 | 663.99 | 08-29 | 2275 | 597.56 |
| 08-29 | *2272 | 597.56 | 08-20 | 2276 | 35.85 |

**FOR ACCOUNT BALANCING PROCEDURES, IMPORTANT INFORMATION AND ADDRESS CHANGES SEE REVERSE SIDE**


# BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

**Change of Address** - It is the responsibility of the account holder to notify us promptly of any change in mailing address to avoid delays in delivery. Please call the number listed on the front of your statement or visit a banking center to change your address.

Page 2

**Balancing Your Account:**

Before you start, please be sure to enter in your account register any interest earned, automatic transactions or bank charges *including those in this statement.*

| A. Enter deposits not shown on this statement. | B. Enter all checks, withdrawals and bank charges not shown on this or any prior statement. | C. Follow instructions below to compare transactions recorded on your statement with those in your account register. |
|---|---|---|

| Date of Deposit | Amount | Outstanding Item | Amount | |
|---|---|---|---|---|
| | | | | |
| | | | | **New Balance** |
| | | | | **Shown on other side** |
| | | | | |
| | | | | |
| | | | | **Plus (+)** |
| | | | | **Total A** |
| | | | | |
| | | | | |
| | | | | **Equals (=)** |
| | | | | |
| | | | | **Minus (-)** |
| | | | | **Total B** |
| | | | | |
| | | | | |
| **Total A** | | **Total B** | | **Equals (=)** |
| | | | | **Your current register balance** |

## *Electronic Transfer Rights Summary*

*In Case of Errors or Questions About Your Electronic Transfers*
*Please Follow These Instructions*

If you need more information on a transfer on your statement or receipt, or if you think your statement or receipt is incorrect, you need to contact us no later than 60 days after we sent you the FIRST statement on which the problem or error appeared. Telephone us at the number listed on the front of your statement after the words "Direct Inquiries To" or write us at:

*Bank of Texas N A*
*Attn: Customer Service*
*P.O. Box 29775*
*Dallas, TX 75229-0775*

- Tell us your name and account number.
- Describe the error or the transfer you are unsure about, explain as clearly as you can why you believe there is an error or why you need more information.
- Tell us the dollar amount of the suspected error.
We will determine whether an error occurred within 10 business days after we hear from you and will correct any error promptly. If we need more time, however, we may take up to 45 days (90 days for point-of-sale or foreign-initiated transactions) to investigate your complaint or question. If we decide to do this, we will credit your account within 10 business days for the amount you think is in error, so you will have the money during the time it takes us to complete our investigation.

# ◉ BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775
Member FDIC

PRIMARY ACCOUNT
~~8095801334~~

Statement Period:
08-01-18 to 08-31-18

RMR OPERATING LLC BANKRUPTCY ACCT
DEBTOR IN POSSESSION CASE #16-30988-11
JNTLY ADMINISTERED CASE #16-30988-BJH-11
US BANKRUPTCY COURT N TX-REVENUE ACCT
14282 GILLIS ROAD
FARMERS BRANCH TX  75244

Direct Inquiries To:
Comm'l Client Svcs
866-407-4147

**www.bankoftexas.com**

8 Images Provided Page 3 of 4

## ⚖ DAILY ACCOUNT BALANCE

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 07-31 | 39,186.75 | 08-07 | 37,194.78 | 08-28 | 28,828.75 |
| 08-01 | 38,522.76 | 08-20 | 30,023.87 | 08-29 | 27,633.63 |

### SERVICE FEE BALANCE INFORMATION

| | | | |
|---|---|---|---|
| AVG LEDGER BALANCE | 34,406.10 | AVG COLLECTED BAL | 34,406.10 |
| MINIMUM LEDGER BAL | 27,633.63 | | |





# BANK OF TEXAS

A division of BOKF, NA
P.O. Box 29775
Dallas, TX 75229-0775

Member FDIC

PRIMARY ACCOUNT
8095801334

Statement Period:
08-01-18 to 08-31-18

Direct Inquiries To:
Comm'l Client Svcs
866-407-4147

RMR OPERATING LLC BANKRUPTCY ACCT
DEBTOR IN POSSESSION CASE #16-30988-11

Page 4 of 4

## BANKRUPTCY CHECKING - 8095801334



| 2268 | $663.99 | 2269 | $663.99 |
| 2270 | $663.99 | 2272 | $597.56 |
| 2273 | $597.56 | 2274 | $597.56 |
| 2275 | $597.56 | 2276 | $35.85 |

00000903-0031807-0004-0004-T092520901181205510-03-L