Howard Marc Spector
TBA #00785023
SPECTOR & JOHNSON, PLLC
12770 Coit Road, Suite 1100
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
EMAIL: hspector@spectorjohnson.com

COUNSEL FOR THE DEBTORS

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| **RMR Operating, LLC, et al.,** | § | **CASE NO. 16-30988-11** |
| | § | **(Jointly Administered)** |
| **Debtors.** | § | |

### CERTIFICATION OF BALLOTS

COMES NOW, RMR Operating, LLC, Red Mountain Resources, Inc., Cross Border Resources, Inc., and Black Rock Capital, Inc. (collectively, the "**Debtors**"), having received the acceptances or rejections regarding the Debtor's Fifth Amended Joint Plan of Reorganization, dated September 12, 2018, hereby certifies to the Court that the votes of each class and creditor of each class accepting or rejecting the Plan is as set forth in the attached Exhibit "**A**."

Dated:  October 19, 2018.

_____

Respectfully submitted,

By:    */s/ Howard Marc Spector*
       Howard Marc Spector
       TBA #00785023
       Nathan M. Johnson
       TBA #00787779

SPECTOR & JOHNSON, PLLC
Banner Place, Suite 1100
12770 Coit Road
Dallas, Texas 75251
(214) 365-5377
FAX: (214) 237-3380
EMAIL: hspector@spectorjohnson.com

COUNSEL FOR THE DEBTORS

| Creditor | Class | Position | Amounts |
|---|---|---|---|
| Dallas County | 1RR | Accepts | $7,436.56 |
| Dallas County | 1RD | Accepts | $712.08 |
| Ector CAD | 1BR | Accepts | $11,621.19 |
| Cynthia Crestman | 4RR | Accepts | $7,661.29 |
| Jack Bradley | 4RR | Accepts | $16,344.09 |
| Alan Barksdale | 4RR | Accepts | $30,645.16 |
| Ross Pearson | 4RR | Accepts | $24,516.13 |
| Matthew Barksdale | 4RR | Accepts | $16,344.09 |
| Earl Sebring | 4CB | Accepts | $12,475.00 |
| Alan Barksdale | 6RD | Accepts | $696.53 |
| Akin Gump | 6RD | Accepts | $342,149.72 |
| Reyene Dvorak | 6RD | Accepts | $3,911.13 |
| Graubard Miller | 6RD | Accepts | $64.75 |
| RCEC Inc. | 6CB | Accepts | $2,852.33 |
| Robert Darilck | 6CB | Accepts | $45,816.31 |
| Mark Comeaux | 6CB | Accepts | $977.96 |
| Graubard Miller | 6CB | Accepts | $318.15 |
| Fulco Trucking, LLC | 6CB | Accepts | $22,000.00 |
| COG Operating | 6CB | Accepts | $84,056.69 |
| Gary Morehead | 6CB | Rejects | $25,098.20 |

| Class Totals | Number of Ballots Accepting | Number of Ballots Rejecting | $ Amount Accepting | $ Amount Rejecting | % Amount Accepting | % Amount Rejecting | Class Result |
|---|---|---|---|---|---|---|---|
| 1CB | 0 | 0 | $ - | $ - | 0% | 0% | Undetermined |
| 1BR | 1 | 0 | $ 11,621.19 | $ - | 100% | 0% | Accepts |
| 1RD | 1 | 0 | $ 712.08 | $ - | 100% | 0% | Accepts |
| 1RR | 1 | 0 | $ 7,436.56 | $ - | 100% | 0% | Accepts |
| 4RR | 5 | 0 | $ 95,510.76 | $ - | 100% | 0% | Accepts |
| 4CB | 1 | 0 | $ 12,475.00 | $ - | | | N/A |
| 6CB | 6 | 1 | $ 156,021.44 | $ 25,098.20 | 86% | 14% | Accepts |
| 6BR | 0 | 0 | $ - | $ - | 0% | 0% | Rejects |
| 6RD | 4 | 0 | $ 346,822.13 | $ - | 100% | 0% | Accepts |

The following timely-filed ballot was not counted in the tally above because the claim is the subject of a pending objection and no request to temporarily allow the claim has been made by the claimaint.

| Creditor | Class | Position | Amounts |
|---|---|---|---|
| Tommy Folsom | 6RD | Rejects | $650,000.00 |